<pre>
1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
2


3
     UNITED STATES OF AMERICA            )
4                                        )
     vs.                                 )  Criminal Action
5                                        )
     HERZZON SANDOVAL,                   )  No. 15-10338-FDS
6    EDWIN GUZMAN,                       )
     CESAR MARTINEZ,                     )
7    ERICK ARGUETA LARIOS,               )
                     Defendants          )
8


9


     BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
10


11
                        JURY TRIAL DAY 8
12


13


14
            John Joseph Moakley United States Courthouse
15                      Courtroom No. 2
                        1 Courthouse Way
16                      Boston, MA 02210

17              8th day of February, 2018

18


19


20


21


22
                      Valerie A. O'Hara
23                   Official Court Reporter
            John Joseph Moakley United States Courthouse
24              1 Courthouse Way, Room 3204
                      Boston, MA 02210
25              E-mail: vaohara@gmail.com
</pre>

1    APPEARANCES:

2    For The United States:

3         United States Attorney's Office, by CHRISTOPHER J. POHL,
     ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
4    ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02110;
5
     For the Defendant Herzzon Sandoval:
6
          Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
7    MADELEINE K. RODRIGUEZ, ATTORNEY,
     155 Seaport Boulevard, Boston, Massachusetts 02210;
8
     For the Defendant Edwin Guzman:
9
          Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10   88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11   For the Defendant Erick Arueta Larios:

12        THOMAS J. IOVIENO, ESQ., 345 Neponset Street
     Canton, MA 02021;
13
     For the Defendant Cesar Martinez:
14
          Stanley W. Norkunas, 11 Kearney Square,
15   Howe Building, Suite 202, Lowell, Massachusetts 01852.

16

17

18

19

20

21

22

23

24

25

3

1                        I N D E X

2     WITNESS                    DIRECT   CROSS   REDIRECT   RECROSS
      JOSE HERNANDEZ MIGUEL

3
        By Mr. Pohl                  4

4


5


6     EXHIBITS                              FOR I.D.   IN EVIDENCE

7       25.1 through 25.4                                  20
        26                                                 30
8       28                                                 55
        29                                                 60
9       30.1 and 30.2                                      63
        32.3                                               82
10      33.1 through 33.5                                  84
        50                                                 44
11      74.1 through 74.3                                  42
        103                                                71
12      106                                                73

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          TESTIMONY ONLY

2              THE CLERK:  All rise for the jury.

3              (JURORS ENTERED THE COURTROOM.)

4              THE CLERK:  Thank you. You may be seated.  Court is

5      now back in session.

6              THE COURT:  Good morning, everyone.  It looks like

7      we're ready to resume.  Mr. Pohl.

8              You understand that you're still under oath?

9              THE WITNESS:  Yes.

09:21AM 10         MR. POHL:  Thank you, your Honor.

11                 JOSE HERNANDEZ MIGUEL, RESUMED

12                 DIRECT EXAMINATION, CONTINUED

13     BY MR. POHL:

14     Q.    Good morning, Mr. Hernandez Miguel.

15     A.    Good morning.

16     Q.    When we left off yesterday, you were talking about the

17     fact that Lobo had been arrested with a gun.  Do you remember

18     that?

19     A.    Yes.

09:22AM 20     Q.    And did you and other members of ESLS talk about that fact

21     at a clique meeting?

22     A.    Yes.

23              MR. POHL:  Jurors, can I ask you to pull out your

24     transcript binders.  Flip to 23.  Thank you.

25     Q.    All right.  Mr. Hernandez Miguel, I'm going to ask you --

1    I'm going to read some portions of the transcript, and I'm

2    going to ask you some questions about it.  All right?

3    A.    Okay.

4    Q.    Casper:  "Come closer.  We're going to talk about an issue

5    now.  That's why we are meeting.  I'm going to request that

6    when we speak to one another that we do it respectfully, that

7    we choose our words carefully so that we don't offend anyone.

8    We are all dogs, dude, and it is better to lower our ears when

9    we talk to another dog so that we don't bite one another."

09:23AM 10         "So the problem is this:  I got a call.  Playa called

11    me, dudes, that Lobo had been arrested and he was in jail.  As

12    always, we, when there's a large bill to pay, homies, we have

13    always contributed $100 each to help the dude out somehow so

14    that he can pay or do something about the problem that he got

15    into.  We have done that for several dudes that have gotten in

16    trouble, but Lobo's circumstances has been a little different

17    this time.  So, dudes, I gave the $100, and supposedly we were

18    all going to do the same.  Then there are some dudes I want to

19    hear from first before giving it officially, so let's think

09:24AM 20    about it."

21         "All the dudes want to hear your version.  We will

22    move forward, so tell me -- so tell what happened so that

23    everybody can hear you."

24         Lobo:  "I was at Casa Mariachi.  I went to eat from

25    work."

1    Casper:  "One more thing.  Before you begin, watch out

2    that your mind doesn't leave you again.  Think about what you

3    are going to say carefully so that we don't catch you in a

4    lie."

5    Muerto:  "Tell the truth, dude.  Don't tell lies

6    because the dudes here already know and one has to tell the

7    truth."

8    Casper:  "Go on."

9    Lobo:  "So I went to eat there, dude.  First I went

09:25AM 10    in.  The two guys that I told you about were there.  The one

11    from (unintelligible) that I told you about.  I went outside, I

12    ordered the food, and I went to the truck and I put the gun

13    here in my back."

14    Casper:  "I'm going to explain to the dudes.  This

15    dude -- I don't remember exactly with whom he was that day, but

16    got into a fight with some boys that supposedly Chico and you

17    ended up fighting by a restaurant.  Supposedly they had flashed

18    the chavalas or told you guys to fuck yourselves.  I don't know

19    what exact words were spoken."

09:25AM 20    Let me stop you right there.  Mr. Hernandez Miguel, I

21    think you testified yesterday about an incident that Lobo had

22    had before he was given the clique gun?

23    A.    I don't understand the question.

24    Q.    Well, let me just ask the question this way.  Why was Lobo

25    given the clique gun before he was arrested with it?

1          MR. IOVIENO:  Objection, your Honor.

2          THE COURT:  I'll allow the witness to testify as to

3    what he saw or heard.  Let me hear the answer.

4    A.   Because the chavalas had fired shots at him while he was

5    coming out of a restaurant in Everett, and while he was in the

6    car, he had been fired at is what Lobo said.  And so the clique

7    gun was given to Lobo to have because if the chavalas had fired

8    at him one time, that meant that they knew him.

9          THE COURT:  So, again, his statements about the guns

09:27AM 10   being fired at him are admitted not for the truth of the

11   content but to prove that that statement was made by Lobo for

12   whatever weight the jury chooses to give it.

13         MR. IOVIENO:  Your Honor, just so the record is clear,

14   my objection is also in that vein, too, but also based on a

15   prior motion.

16         THE COURT:  Okay.  Sustained.  I'm sorry, overruled,

17   overruled.

18         MR. POHL:  Thank you.

19   Q.   I'm going to continue reading the transcript now.  All

09:27AM 20   right.

21         Lobo:  "Yes.  We started beating them by Su Casa

22   Restaurant so I went to get the gun and put it in my pocket.  I

23   was wearing a long sweatshirt and so you couldn't notice it.

24   No one saw it.  I'm sure no one saw me with that.  I was going

25   to give $100 to Rina that I was lending her for her mother.  So

1    I went in there, ate, or I was going to eat when the guys got

2    scared and left.  When they ran away, Pelon arrived.  I had

3    already eaten, Pelon arrived and he ate, then the homie left.

4    A friend of Rina's had arrived while Pelon was still there.

5    Isn't that right?"

6          CW-1:  "Yes."

7          Lobo:  "So I left.  Pelon came with me to the bathroom

8    and I showed the bag to Pelon, too, and I left.  When Pelon

9    left, I left 10 minutes later to put the bag back in the

10   vehicle and there were some detectives there already next to

11   the truck going like this, three guys were there."

12         Casper:  "Did they open the car?"

13         Lobo:  "Around it."

14         Casper:  "But did they open it?"

15         Lobo:  "That was later when they took me away.  They

16   opened the car, so I went back.  There was a man shoveling snow

17   digging out a car when I saw that one was coming towards me and

18   one from the other side.  I did this with the magazine.  I did

19   this with it, and it fell like this to the side in the snow.  I

20   bent over to look for the gun like this, and the old man told

21   me where the gun had fallen, otherwise they wouldn't have

22   gotten that gun."

23         Casper:  "Now I want to say something.  We have always

24   said at all the meetings that we all know that nothing can be

25   done at restaurants with a gun.  I know that that -- I know

1    that that you wouldn't have fired it inside anyway, but why did

2    you go get it?  Why did you have the gun inside the

3    restaurant?"

4         Lobo:  "That was my fuck-up.  I thought to myself if

5    that fucking (unintelligible) I was considering going upstairs

6    so that when they would look, I would be far away.

7         And if they the (unintelligible) I was going to shoot

8    them.  I wasn't going to wait for the sons of bitches to beat

9    me up, so that's what happened, and they took it from me, and

09:30AM 10   that's what happened."

11        All right.  Let's stop right there.  The transcript

12   goes on, but did you, Mr. Hernandez Miguel, ever talk about

13   this incident with Lobo and Pelon at the restaurant after this

14   clique meeting?

15   A.   I don't remember.

16   Q.   Well, let me ask you this.  Did you ever speak about it

17   with Lobo himself?

18   A.   Yes.

19   Q.   Okay.  All right.  That's the conversation I'd like to ask

09:31AM 20   you about now.  And when did you have a conversation with Lobo

21   about this incident with the gun at the restaurant?

22   A.   In Wyatt, when we were arrested.

23   Q.   Okay.  Now, what did Lobo say to you about this incident

24   when you spoke to him about it?

25        MR. MURPHY:  Objection, your Honor.

1          THE COURT:  Overruled.

2          MR. MURPHY:  May we have a continuing line of

3    objection?

4          THE COURT:  Yes.

5          MR. MURPHY:  Thank you, your Honor.

6    Q.   What did Lobo say to you after you had been arrested in

7    this case?

8    A.   That he was certain that it was Pelon who had snitched on

9    him in Casa Mariachi because only Pelon had seen the gun while

09:32AM 10   they were in Casa Mariachi and that he had seen Pelon go

11   outside with the telephone.  And then when he tried to go out,

12   the detectives were already outside.  And he told me that since

13   he was sure that Pelon was a snitch, he had requested the green

14   light to kill Pelon.

15   Q.   Stop right there.  What's a green light?

16   A.   Well, that's like when there's a snitch or someone

17   disrespects the clique, a green light is like an order to kill

18   him.

19   Q.   Okay.  Who issues a green light?

09:33AM 20        MR. MURPHY:  Objection, your Honor.

21        THE COURT:  I'll allow him to testify as to his

22   understanding.  Overruled.

23   A.   The runners.

24   Q.   And the runner of your clique was?

25   A.   Casper and Playa.

1    Q.    Okay.  So, what -- so Lobo told you -- after Lobo said

2    that, did he discuss why he wanted a green light?

3    A.    Yes.

4    Q.    Okay.  Why did Lobo request -- did Lobo tell you who he

5    requested a green light from?

6            MR. MURPHY:  Objection, your Honor, as to a time

7    frame.

8            THE COURT:  Why don't you establish a time frame.

9            MR. POHL:  Sure.

09:34AM 10   Q.    Did Lobo -- so Lobo told you that he believed Pelon was a

11   snitch?

12   A.    Yes.

13   Q.    And did -- and Lobo told you that after you were arrested

14   in this case, correct?

15   A.    Yes.

16   Q.    Did Lobo tell you -- and Lobo told you he asked for a

17   green light?

18   A.    Yes.

19   Q.    Did Lobo tell you when he asked for the green light

09:34AM 20   against Pelon?

21   A.    Yes.

22   Q.    When?

23   A.    Afterwards when he got out of jail.

24   Q.    After Lobo got out of jail?

25   A.    Yes, when he was arrested with a gun.

1    Q.    And did Lobo tell you who he asked for the green light?

2    A.    He told me that he had spoken to Casper.

3    Q.    Okay.  And did he tell you what Casper said?

4    A.    Yes.

5    Q.    And what did Casper say?

6    A.    That he had to be sure -- he had to be sure that Pelon was

7    a snitch, that he couldn't give the green light until he was

8    sure that he was a snitch.

9    Q.    Okay.  Did Lobo tell you who -- did Lobo talk to you about

09:36AM 10    how he planned to kill Pelon?

11    A.    Yes, he told me he had made a plan with Checha and that

12    everything was ready, and I asked him why I hadn't been told.

13    And he said to me, no, well, how could we tell you if you were

14    Pelon's best friend?  If we had told you, you would have gotten

15    involved to help Pelon.  That's why we didn't tell you.

16    Q.    Go back to Exhibit Number 23 for just a minute.  And if I

17    could --

18         MR. POHL:  Jurors, if I could ask you to turn to page

19    6 of that transcript.

09:37AM 20    Q.    I'm just going to start at the top, Mr. Hernandez Miguel.

21         Lobo:  "I called the homeboy."

22         Casper:  "This homie was there with you?"

23         CW-1:  "With me."

24         Casper:  "He was there and you didn't report it?"

25         Lobo:  "You are right there.  I accept it, homie.  I

1       was told to tell the truth, and I'm not bullshitting you."

2               Casper:  "Well, if you're going to lie, things are

3       going to get even uglier.  You have to tell the truth, homie."

4               Lobo:  "I'm telling the truth, homie."

5               Casper:  "I'm going to tell you to whom we have sent

6       money, Homie.  That money (unintelligible) because some dudes

7       are broke and have to sacrifice a lot for those $100.  Like I

8       said, this is (unintelligible) homeboy, you know,

9       (unintelligible).  He fired that gun.  He was with a homeboy,

09:38AM 10      dude.  Mariaco gave, Playa gave, Caballo gave, for them to come

11      up because they were down below that was more complicated and

12      more serious because they were deported.  So what I think homie

13      is that you have to pay back that money, and that money will go

14      to Loquillo."

15              Playa:  "How much is it, homie?"

16              Casper:  "$2,500.  That is my opinion.  The other

17      homeboys are here, and if the others say no, I'm with that, but

18      we need to be logical because you got into this problem, you

19      didn't report the problem, you weren't with homeboys, you were

09:39AM 20      with girls.  I know that you had a problem there.  You were

21      stuck, and that (unintelligible) gave you that gun to defend

22      yourself if you were having a problem."

23              Lobo:  "Now, I'm going to say something.  There are

24      dudes that are packing their guns.  It could happen to any

25      homeboy.  I say this humbly.  I am sorry if I fucked up, but it

1    could happen to any homie.  There is that homie, Caballo,

2    always packs his gun.  God willing nothing like this will

3    happen to him."

4         Caballo:  "Look, dude, here is the thing.  There is a

5    method to packing a gun, dude.  If you go around showing it off

6    with it, you're going to mess up, dude.  At no times showing it

7    off."

8         I think that's enough.  I just want to ask you a

9    couple questions about that passage.  So you heard the

09:40AM 10   conversation about Mariaco, Playa, Caballo giving money for

11   people that have been deported?

12   A.    Yes.

13   Q.    And Loquillo as well?

14   A.    Yes.

15   Q.    Can you just explain to the jury what -- you're at this

16   meeting, correct?

17   A.    Yes.

18   Q.    What's Casper talking about here?

19         MR. MURPHY:  Objection, your Honor.

09:40AM 20        THE COURT:  I'll allow him to testify as to his

21   understanding.  Obviously, the words are the words, but he can

22   explain his understanding.  Overruled.  Just to be clear on

23   that, he can only testify as to how he interpreted it.  He

24   can't say what was in Casper's mind.  Go ahead.

25         MR. MURPHY:  Thank you, your Honor.

1          THE COURT:  I'm sorry, Mr. Lopez.

2          MR. LOPEZ:  Can you have the interpreter interpret

3     what you say so that the witness understands what your ruling

4     is?

5          THE COURT:  I thought that was happening.

6     Ms. Huacuja.

7          THE INTERPRETER:  I did not interpret that.  No.

8          THE COURT:  All right.  Can you instruct the witness

9     just to be careful.  He can testify as to his understanding of

09:41AM 10     what was happening or what people said, but he can't testify

11     about what other people were thinking or what they intended.

12     He can't look inside their minds.

13          (Interpreter interpreting)

14          Go ahead, Mr. Pohl.

15          MR. POHL:  Thank you, your Honor.

16     Q.   So, Mr. Hernandez Miguel, what is your understanding of

17     what is being said here by Casper?

18     A.   That the money, the $100 that was going to be paid for

19     Lobo, would be better used to collect that money to help

09:42AM 20     Loquillo.

21     Q.   Okay.  Let me ask you one question before we go onto

22     Loquillo.  Lobo had been arrested for that gun?

23     A.   Yes.

24     Q.   And he had gotten -- and then he had been in custody and

25     had gotten released?

1    A.    With a bail.

2    Q.    Okay.  And who paid for the bail, if you know?

3    A.    I don't remember.

4    Q.    Okay.  So what is the money then that people are

5    collecting for Lobo about?

6    A.    That was money to help Lobo because he had paid a bail,

7    and the clique always has the obligation of helping a dude when

8    he has a problem.

9    Q.    All right.  And so you were about to get to Loquillo.

09:43AM 10    Who's Loquillo?

11    A.    He's another member of the Eastsides, a homeboy.

12    Q.    And at the time of this conversation, where was Loquillo?

13    A.    He was in El Salvador, deported.

14    Q.    Okay.  And why was the clique talking about gathering

15    money for Loquillo?

16    A.    That -- we were saying in the clique that instead of

17    getting, collecting money to help Lobo with the bail that the

18    money would be better used to bring Loquillo back up here.

19    Q.    Was there any discussion at this meeting or other ESLS

09:44AM 20    clique meetings about Lobo replacing the gun?

21    A.    Yes.

22    Q.    And were you present for those discussions?

23    A.    Yes.

24    Q.    Okay.  And what did Lobo -- well, who discussed with

25    Lobo -- did Lobo have to get another gun?

1          MR. MURPHY:  Objection, your Honor.

2          THE COURT:  I guess I'll sustain it in that form.

3    Q.   Okay.  All right.  Lobo lost a gun, correct?

4    A.   Yes.

5    Q.   The police took the gun that he had with him at the

6    restaurant?

7    A.   Yes.

8    Q.   Okay.  What did Lobo do after he had lost the gun to the

9    police?

09:45AM 10   A.   The clique told him that he had to pay back the clique for

11   the gun that he had lost because he had lost it for being

12   stupid.

13   Q.   And when you say pay the clique back, how was Lobo

14   supposed to pay the clique back?

15   A.   By buying a gun from his own money and bringing it to the

16   clique.

17   Q.   Okay.  And -- okay.  The last thing I think before we

18   leave this particular incident, Mr. Hernandez Miguel, there's a

19   section of the transcript that talked about Caballo, and it

09:46AM 20   says that Caballo always carried a gun?

21   A.   Yes.

22   Q.   Had you seen -- have you seen Caballo with a gun?

23   A.   Yes.

24          MR. POHL:  May I approach the witness?

25          THE COURT:  Yes.

1    Q.   I'm putting in front of you, Mr. Hernandez Miguel, what's

2    has been previously admitted as Exhibits 82.1.  Have you seen

3    this before?

4    A.   Yes.

5    Q.   Where have you seen it before?

6    A.   Well, that gun was originally Checha's gun, Checha sold it

7    to Caballo.

8    Q.   Okay.  When did Checha sell it to Caballo?

9    A.   I don't remember.

09:48AM 10   Q.   Okay.  How did you know that Checha sold it to Caballo?

11             MR. NORKUNAS:  Objection.

12             THE COURT:  I'll allow it.  He's explaining his

13   previous answer which was not objected to.  Go ahead.

14   Q.   How do you know that Checha gave this gun to Caballo?

15   A.   He sold it to him.  First I had seen that gun on Checha

16   when he was packing it.

17             MR. NORKUNAS:  There's no question in front of the

18   witness.

19             THE COURT:  Yes, there is, go ahead.

09:48AM 20   A.   And then I saw it on Caballo and he told me that Checha

21   had sold it to him.

22             MR. NORKUNAS:  Objection.  I ask that it be stricken.

23             THE COURT:  Is that one of the *Petroziello* statements?

24             MS. LAWRENCE:  I believe so, your Honor.

25             THE COURT:  Pardon.

1          MS. LAWRENCE:  I believe so, your Honor.

2          THE COURT:  All right.  I'll let it stand.

3    Q.   Mr. Hernandez Miguel, in that passage you talked about

4    collecting money in the clique --

5          THE INTERPRETER:  I'm sorry, I missed the first part

6    of your question.

7    Q.   Sure.  In the transcript that we just read, there was

8    discussion about collecting money to bring back members of

9    Eastside that were in El Salvador.

09:50AM 10   A.   Yes.

11   Q.   And would I be correct that that was -- bringing people

12   back from El Salvador was something that was talked about at a

13   lot of clique meetings?

14   A.   Yes.

15         MR. POHL:  Could I have this for the witness, Madam

16   Clerk?

17         THE CLERK:  Yes.

18   Q.   Mr. Hernandez Miguel, I'm going to ask you to watch a few

19   seconds of this and see if you remember it.

09:51AM 20         (Video played for the witness.)

21   Q.   Let me stop it right there.  Do you recognize this tape?

22   A.   Yes.

23   Q.   And who do you see in the picture -- in the section of the

24   video that we just saw, that you just saw?

25   A.   I see Casper and Playa there.

20

1    Q.    And do you know where this is?

2    A.    Yes.

3    Q.    Where is it?

4    A.    At the garage in Everett.

5    Q.    Okay.  And I could continue playing this, but do you

6    remember what happens on this day, this video?  You've seen

7    this video before your testimony here today, correct?

8    A.    Yes.

9    Q.    What is this a video of -- or excerpts of a video of?

09:52AM 10    A.    It's from when we have the meetings.

11    Q.    Okay.

12          MR. POHL:  Your Honor, I'd offer this and ask for

13    permission to publish it to the jury, 25.1 through 4.

14          THE COURT:  25.1 through 25.4, did you see?

15          THE CLERK:  Yes.

16          MR. POHL:  Yes, your Honor.

17          MR. MURPHY:  May we have a date?

18          MR. POHL:  Yes, the corresponding transcript is 24,

19    which is March 29, 2015.

09:52AM 20          THE COURT:  25.1 through 25.4 is admitted.

21          (Exhibit No. 25.1 through 25.4 received into

22    evidence.)

23    Q.    So, Mr. Hernandez Miguel, I think what I'm going to do is

24    play the videos and then I will stop it from time to time and

25    ask you questions.

1           (Video played.)

2      Q.    Who is that, Mr. Hernandez Miguel?

3      A.    Casper.

4      Q.    And there's a person sort of slightly out of view with a B

5      hat.  Do you know who that is?

6      A.    Yes.

7      Q.    Who is that?

8      A.    Playa.

9           (Video played.)

09:54AM 10     Q.    When is this?  This is at the garage?

11     A.    Yes.

12     Q.    And has the meeting started yet in this portion of the

13     video?

14     A.    Not yet.

15     Q.    Okay.  How did the ESLS clique meetings that you attended

16     start?

17     A.    Greeting the dudes and then we'd start saying that the

18     meeting's about to start and then the word would start talking.

19          (Video played.)

09:55AM 20     Q.    All right.  Somebody just walked into the screen there.

21     Who is that?

22     A.    Playa.

23     Q.    Okay.  And what's Playa doing sort of before the meeting

24     starts?

25     A.    Right now, Playa is collecting the dues from each member

1    of the clique, the money.

2              (Video played.)

3    Q.    Can you see the video?

4    A.    Yes.

5    Q.    So who is that in the video?

6    A.    That's Casper and myself.

7              (Video played.)

8    Q.    What's Playa doing now?  I'm sorry.  What's Playa doing

9    now?

09:57AM 10  A.    He's collecting the money of the dues that each homeboy

11   has to pay because he's the one in charge of the money, so he

12   knows who has paid and who hasn't paid, and so if somebody owes

13   money, he'll say he has a -- he's got it all written down and

14   he'll say, "Hey, you owe this."

15             (Video played.)

16   Q.    What's Playa doing right now?

17   A.    He's counting the money.

18             (Video played.)

19   Q.    All right.  Now, what's happening?

09:59AM 20  A.    Playa is giving a report saying how much money is in the

21   box and how much money went up and now Casper is about to begin

22   the meeting.

23   Q.    Okay.  So you talked about the fact that Casper is there,

24   correct?

25   A.    Yes.

1    Q.    Playa is there?

2    A.    Yes.

3    Q.    Who else is at this meeting?

4    A.    Lobo, Checha, Negro, Tigre, Chico, Brujo, everyone is

5    there.

6              (Video played.)

7    Q.    All right.  Playa stepped to the side, Casper came in

8    front.  What's happening now?

9    A.    Well, Playa finished giving the report on the account of

10:01AM 10   the money situation and now Casper is starting the meeting and

11   giving -- explaining the reason why he called the meeting.

12             MR. POHL:  Okay.  Jurors, can I have you go to tab 24.

13   Q.    We're not going to read this whole transcript, but at the

14   bottom of page 1 begins:

15             Playa:  "700, 250, 100 more.  Does someone want to pay

16   what he owes?"

17             Casper:  "It's not that he wants to, homie.  He has to

18   pay $30 now."

19             Playa:  "Lobo's money 1,000 and right now 1500, 300

10:02AM 20   from everyone's dues, 1200 for Lobo and 300 are left there,

21   gathered 1500 from all the homies, 400 from Chico, $80 more.

22   The reason are 3, one so that people who owe money will pay.

23   Another reason is that Psychito, homies, is that that dude is

24   ready."

25             MR. POHL:  All right.  Can I have jurors turn to page

1    5.   Thank you.

2    Q.   So, Mr. Hernandez Miguel, who's Psycho or Psychito?

3    A.   Psychito is also a member of the Eastside.

4    Q.   At the time of this meeting, do you know where Psychito

5    was?

6    A.   Yes.

7    Q.   And where was that?

8    A.   In El Salvador.

9    Q.   And what -- what is being discussed at this meeting

10:03AM 10   concerning Psychito?

11   A.   To bring him over here.

12   Q.   All right.  Page -- I think I told you page 6.  I

13   apologize, page 5.  So in the middle of the page.

14        Casper:  "So the system is that when you hear rumors

15   that we are going to have something, call others to find out.

16   For now we are going to bring the dude.  We are going to be

17   sure we gather more money, if necessary, because we can't leave

18   the dude halfway up here.  His family is going to help him."

19        Checha:  "When does he leave?"

10:04AM 20        Casper:  "Monday or Tuesday.  We're going to get in

21   touch with the coyote that is waiting for him in Mexico."

22        Playa:  "Does he have money to leave now?"

23        Casper:  "Yes, $300."

24        Muerto:  "$300 to use down there."

25        Lobo:  "Does the guy already have a coyote?"

1          Casper:  "The family got the coyote and he's charging

2     a low fee.  He's charging only $5500."

3          Playa:  "The guy will need $300 by tomorrow."

4          Casper:  "Negro, you will be responsible for sending

5     the money.  We have to be on top of it after he gets to Mexico.

6     We'll have another meeting when the guy gets to Mexico."

7          All right.  Let me stop right there.  I'm going to

8     read the rest of this page.  Let me just stop right there.

9     "Negro, you'll be responsible for sending the money."

10:04AM 10          So can you explain that?  Playa on the video collected

11    money?

12    A.   Yes.

13    Q.   So who is responsible in the Eastside clique for sending

14    money from the clique to members in El Salvador?

15          MR. MURPHY:  Objection.

16          MR. LOPEZ:  Objection.  Asked and answered yesterday.

17          THE COURT:  Overruled.

18          MR. MURPHY:  Your Honor, may we approach?

19          THE COURT:  Yes.

10:05AM 20          (THE FOLLOWING OCCURRED AT SIDEBAR:)

21          THE COURT:  Yes.

22          MR. MURPHY:  Your Honor, given the way the testimony

23    has gone this morning, I'd request the same kind of cautionary

24    instruction about immigration law violations that the Court has

25    given about firearms.  In other words, they aren't racketeering

1      acts, they aren't charged in the indictment.

2              THE COURT:  Okay.  I'll do that.

3              (SIDEBAR CONFERENCE WAS CONCLUDED)

4              THE COURT:  All right.  Ladies and gentlemen, you'll

5      recall that I gave you an instruction to the effect that

6      there's evidence of firearm violations, but that those -- no

7      one was charged with firearms violations, and they weren't

8      racketeering acts.  The same goes for immigration violations.

9      Again, no one here is charged with immigration violation, and

10:06AM 10     those are not charged as racketeering acts.

11             Go ahead, Mr. Pohl.

12             MR. POHL:  Thank you very much, your Honor.

13     Q.   Mr. Hernandez Miguel, Playa collects the money from people

14     in the clique?

15     A.   Yes.

16     Q.   Who in the clique is responsible for sending money from

17     the clique here to members of Eastside in El Salvador?

18             MR. LOPEZ:  Objection.

19             THE COURT:  Overruled.

10:07AM 20     A.   There are several.  There's Negro, Vincentino, and Checha

21     did it several times as well.

22     Q.   All right.  So is there a way that -- well, when somebody

23     sends money to El Salvador, what do they have to do -- do you

24     know where they send the money from?

25     A.   Yes.

1    Q.    Where is that?

2    A.    Western Union.

3    Q.    Okay.  And how -- do you know whether Negro, Vincentino,

4    Checha ever actually sent the money for the clique from -- at

5    Western Union to people in El Salvador?

6    A.    Yes.

7    Q.    Okay.  How do you know?

8    A.    Because whenever a dude is asked to take the money and go

9    and send it to the dudes in El Salvador, he has to then return

10:08AM 10    with a receipt and show everyone the receipt of actually

11    sending the money.

12    Q.    All right.  I'm going to finish this page of the

13    transcript and then we're going to get back to the video.

14          6, on page 6.

15          CW-1:  "Do you have the money, Lobo, to buy a gun?"

16          Flaco:  "We're working on money for something else."

17          Casper:  "The gun is necessary, but we have to focus."

18          CW-1:  "If you have the money, I can hook you up."

19          Checha:  "If he has money, it would be better to use

10:09AM 20    it to bring Psychito than to buy a gun right now."

21          Casper:  "Let's wait and see how much money we will

22    have in case of emergency for Psychito.  We have to have money

23    in case Psychito has an emergency."

24          Playa:  "There's 355 money from dudes without

25    including the rest."

1          Casper:  "Best to have it there.  Anything else that

2     anyone wants to discuss?  Everything is okay then?  All right.

3     So let's stay in touch for the next meeting.  Let's wait and

4     see how much money we will have in case of emergency for

5     Psychito."

6          MR. MURPHY:  Objection, your Honor.  I think there's

7     simply a repetition.

8          THE INTERPRETER:  I'm sorry, I didn't hear --

9          THE COURT:  A repetition?  I'm sorry, meaning he's

10:10AM 10    read the transcript wrong.

11         MR. MURPHY:  Yes.

12         THE COURT:  All right.  Why don't you reread that last

13    part and try to make it accurate.  Again, ladies and gentlemen,

14    the reading is a form of presenting it to you, but the

15    transcript is the actual evidence.

16    Q.   "Best to have it there -- well, excuse me."

17         Casper:  "Best to have it there.  Anything else that

18    anyone wants to discuss?  Everything is okay then?  All right.

19    So let's stay in touch for the next meeting.  Let's wait and

10:10AM 20    see how much money we will have in case of emergency for

21    Psychito.  We have to have money in case Psychito has an

22    emergency."

23         Playa:  "There's 355 money from dudes without

24    including the rest."

25         Casper:  "Best to have it there.  Anything else that

1    anyone wants to discuss?  Everything is okay then?  All right.

2    So let's stay in touch for the next meeting."

3        Playa:  "What about Chentino, he also has to give us

4    an explanation?"

5        What does Chentino have to give an explanation for, do

6    you remember?

7    A.   No, I don't remember.

8    Q.   All right.  I'm going to let the video play in a second,

9    but how do you end your meetings?

10:11AM 10    A.   Flashing MS.

11        (Video played.)

12    Q.   Did you -- Mr. Hernandez Miguel, did you see a hand sign

13    in the video?

14    A.   Yes.

15    Q.   Okay.  And what was it?

16    A.   Flashing MS, like this. (Indicating)

17    Q.   Okay.  Who did you see flash MS?

18    A.   Casper, myself.  We all do it when the meeting is over.

19    Q.   So the last line on page 7 of this transcript is:

10:12AM 20        Casper:  "We'll have to leave it to Sunday.  See what

21    he has to say.  Watch out then, the Mara."

22        All right.  So I think after the meeting breaks up,

23    there's one more clip I'd like to show you, which is 25.4.

24        (Video played.)

25        THE INTERPRETER:  Excuse me, there's no 25.  I don't

1    have the 25.4.

2            THE COURT:  It's the video, it's not the transcript.

3            THE INTERPRETER:  Oh.  Okay, sorry.

4    Q.   Who is that, Mr. Hernandez Miguel?

5    A.   Playa.

6    Q.   What's Playa doing here?

7    A.   Counting the money.

8            (Video played.)

9            MR. POHL:  For the witness only.

10:15AM 10    Q.   So, in that last clip, did you see, as the meeting broke

11   up, a number of the members of the Eastside clique?

12   A.   Yes.

13   Q.   I'm going to show you, for the witness, what's been marked

14   as Exhibit Number 26.  Do you see that, Mr. Hernandez Miguel?

15   A.   Yes.

16   Q.   Was that -- is this a still picture from that last video

17   clip that we just watched?

18   A.   Yes.

19   Q.   Who is that in the picture?

10:16AM 20   A.   Checha.

21           MR. POHL:  I'd offer 26 and ask to publish, your

22   Honor.

23           THE COURT:  All right.  It's admitted, 26.

24           (Exhibit No. 26 received into evidence.)

25   Q.   Who is that again, Mr. Hernandez Miguel?

1    A.    Checha.

2    Q.    All right.  Mr. Hernandez Miguel, at the time that you

3    were arrested in this case, you had possession of the clique

4    gun?

5              MR. MURPHY:  Objection, your Honor.  Leading.

6              THE COURT:  Sustained.

7    Q.    Well, at the time that you were arrested in this case,

8    what -- at the time you were arrested in this case,

9    what -- well, did you have a gun at the time that you were

10:17AM 10   arrested in this case?

11   A.    Yes.

12   Q.    Okay.  What kind of gun was it?

13   A.    A 9 millimeter.

14   Q.    Okay.  How long had you had it?

15   A.    Approximately three weeks or a month.

16   Q.    And was the gun your own personal gun?

17   A.    No.

18   Q.    Okay.  What do you mean by that?

19   A.    That was the clique gun.  The clique bought it for all the

10:18AM 20   homeboys, whoever needed it.

21   Q.    Okay.  Did you have ammunition for the gun?

22   A.    Yes.

23   Q.    Okay.  Do you know --

24             MR. POHL:  May I approach the witness, your Honor?

25             THE COURT:  Yes.

1    Q.    Mr. Hernandez Miguel, I'm going to show you a series of

2    items starting with Exhibit Number 51.  Do you recognize that?

3    A.    Yes.

4    Q.    What is that?

5    A.    That's the 9 millimeter I had at my house of the clique.

6    Q.    Okay.  Did you -- after you were arrested in this case,

7    you and your attorney met with agents, correct?

8    A.    Yes.

9    Q.    Okay.  And do you know whether or not you talked about

10:20AM 10   this gun in that conversation?

11   A.    Yes.

12   Q.    Okay.  And what did you say about this gun in that

13   conversation?

14   A.    That I had the clique gun in my basement.

15   Q.    Okay.  And did you have ammunition for that gun in your

16   basement?

17   A.    Yes.

18   Q.    Okay.  And would that be Exhibit Number 52?

19   A.    Yes.

10:20AM 20   Q.    What's that?

21   A.    Those are the bullets.

22   Q.    What kind of bullets?

23   A.    9 millimeters.

24   Q.    Okay.  And it's an entire box?

25   A.    Yes.

1    Q.   The box was full?

2    A.   Yes.

3    Q.   Okay.  And Exhibit 53, were these also in your basement?

4    A.   Yes.

5    Q.   Okay.  What are they?

6    A.   The same thing, they're bullets for a 9 millimeter.

7    Q.   Okay.  And finally this bag, this is Exhibit Number 54.

8    Have you seen that before?

9    A.   Yes.

10:21AM 10   Q.   And what are these?

11   A.   They're bullets for a 45.

12   Q.   Mr. Hernandez Miguel, while you had the clique gun and the

13   ammunition, did any member of the Eastside clique ask to borrow

14   it?

15   A.   Yes.

16   Q.   And who was that?

17   A.   Checha.

18   Q.   Did Checha say why he wanted to borrow it -- "borrow" is

19   probably the wrong word.  Did he ask you why he wanted to get

10:22AM 20   it?

21        MR. NORKUNAS:  Objection.

22        THE COURT:  I'll sustain the objection.  What did

23   Checha say?

24   Q.   When Checha talked to you about the gun, what did he say?

25   A.   He said that he needed the gun because there were some

culeros at Casa Mariachi.  He asked me if I could bring it

over, and I said no, that, if you wanted it, he needed to come

to the house to get it.

So he came to the house, and when I took out the gun

and showed it to him so he would take it, he told me that he

didn't need it any longer, that he had just come by to pick up

the bullets because he had one, but what he didn't have were

bullets, and he only took the bullets.

Q.   Mr. Hernandez Miguel, I want to talk to you about an

incident in May of 2015, where you committed a stabbing.  Do

you remember that?

A.   Yes.

Q.   Okay.  Do you remember how that incident began?  Where

were you?

A.   Yes.

Q.   Where were you?

A.   First, I was at the garage in Everett.  Pelon called me

and said let's go eat at Casa Mariachi in Chelsea.  Well, we

were halfway there, Brujo called that they were at a park, a

ballpark in Chelsea, that Vago had gone there to buy marijuana

and that there were about 12 chavalas at the basketball court

and that they had started some problems with Vago and could we

drop in, so I said that we had nothing with us in the car.

Pelon told me let's call Domingo, so I called Domingo

to bring something from the house.  So Domingo brought out a

1  knife, so after we picked up the Domingo, we headed to the

2  park.  When we got to the park, we saw a whole bunch of culeros

3  over there, so I said we're going to go in, but we're not going

4  to start problems to see what the 18s would say.

5  Q.   Let me ask you another question, okay.  You got to the

6  park.  Okay.  Who -- did you see people from MS in the park?

7  A.   Yes.

8  Q.   Who was at the park?

9  A.   Brujo, Vago, Vampiro, myself, Pelon, and Domingo hadn't

10:27AM 10  been jumped into MS.

11  Q.   Okay.  When you got to the park, Domingo had the knife?

12  A.   Yes.

13  Q.   Okay.  What are we talking about here, Mr. Hernandez

14  Miguel, what kind of knife did he have?

15  A.   It was a yatagan, and it's about this big, the kind that's

16  used by the military. (Indicating)

17       MR. POHL:  I'll just ask the record to reflect that

18  the witness held his hands about I guess maybe a foot apart.

19       THE COURT:  All right.

10:27AM 20  Q.   So what happened next, Mr. Hernandez Miguel?

21  A.   It was -- we went in, me, Domingo was behind me, Brujo,

22  Vago and Vampiro.

23  Q.   Okay.  Let me stop you right there.  Where was Pelon?

24  A.   Pelon had stayed in the car.  I don't know what he was

25  fixing in the car, but he was the last one to get out.

1    Q.    All right.  Then what happened when you were in the park

2    with Brujo, Vago, Vampiro, yourself, what happened?

3    A.    We walked into the park, and when we got to a corner over

4    here, the chavalas were over there, and since I was wearing a

5    blue shirt and a baseball cap that says "503," and it was blue,

6    and I was wearing shorts and Nike Cortez, so when they saw me,

7    they immediately got up.  So when they stood up, I flashed the

8    MS, and I said, "It's La Mara, you sons of bitches, what's up?"

9            And one chavala was telling the others to come get --

10:29AM 10   jump us, and I saw one pull out a knife.  So when I saw that, I

11   said to Domingo, hey, Domingo get that thing out, give it to

12   me.  When Domingo tried to pull out the knife, he wasn't able

13   to get it out.  When they saw that Domingo pulled out the

14   knife, a bunch of them started running away, and Domingo handed

15   me the knife and we started following them.

16           Vampiro followed some from one side, and I went on the

17   other side.  Then I saw two dudes beating one that was on the

18   ground like they had knocked him to the ground.  I didn't see

19   when they knocked him to the ground, but when I saw that they

10:30AM 20   were beating him on the ground, I came over with a knife and I

21   started stabbing downwards at him with the knife, so then I saw

22   that the guy was like kicking his feet up in the air and trying

23   to crawl under a car.

24           When I was stabbing him, he deviated the knife that

25   was in my hand when he kicked and I wound up cutting myself

1    here with the knife.

2    Q.    After you stabbed him, where did you go?

3    A.    Myself, Pelon, and Domingo got into Pelon's car, and

4    Vampiro and Brujo and Vago left in Vampiro's car.  Each car

5    went its own way.  We headed towards Revere.  Since my hand --

6    since I had a wounded hand, I was bleeding a lot, and I wrapped

7    the shirt around it.  And while we were going down Broadway, I

8    said to Pelon, let's go over to Playa's because he lived around

9    there, and I was wounded.  So we called Playa and headed to his

10:32AM 10    house, and we got there.  We -- Playa opened the door, and we

11    went down to like a basement.  He has there, and I told him

12    then what had happened, and since I had blood on my shorts and

13    on my shirt, he helped me clean the wound, he gave me

14    something.  He had like a bottle of tequila and with that

15    bottle of tequila, he spilled some on the wound to clean it.

16    Q.    Stop.  Let me ask you another question.  So the people

17    that were at Playa's house, were you?

18    A.    Yes.

19    Q.    Pelon?

10:33AM 20    A.    Yes.

21    Q.    And Domingo?

22    A.    Yes.

23    Q.    And I think you testified earlier that Domingo hadn't been

24    jumped into MS-13 yet, correct?

25    A.    No.

1   Q.   And was Domingo hanging around or associated with a

2   clique?

3   A.   Yes.

4   Q.   Do you know which one?

5   A.   He was with the Enfermos.

6   Q.   Okay.  And that's a different clique than yours?

7   A.   Yes.

8   Q.   Did Playa say anything to you about having Domingo at his

9   house with you and Pelon?

10:34AM 10   A.   Yes.

11   Q.   What was that?

12   A.   He asked us why we had brought the kid there, that we

13   didn't know him and he might snitch on us and that he shouldn't

14   bring people over that he didn't know, and I said, well, how

15   could we leave him somewhere else since we were together.

16   Q.   After -- well, I think you talked about cleaning your

17   wound, correct?  Did you do anything with your clothes?

18   A.   Yes.

19   Q.   What was that?

10:35AM 20   A.   Playa gave me a pair of shorts and a shirt.  And the

21   bloody shorts and shirt he told me to leave it with him and he

22   would take it to the garbage since he worked with the garbage.

23   Q.   Where did you go next?

24   A.   From there, I spoke to Brujo to find out where he was, and

25   Brujo told me they had run to the beach in Revere, and I said

1    that we could see each other around Lynn because Chelsea was

2    hot because of the stabbing.

3          MR. LOPEZ:  Objection, your Honor.  There's no

4    question, he's just talking.

5          THE COURT:  I'll let it stand.  Why don't -- how much

6    more do you have on this topic?

7          MR. POHL:  Just a few questions and we could finish

8    that and then after the break move onto something else.

9          THE COURT:  Why don't we do that.

10:36AM 10          MR. POHL:  Thank you, your Honor.

11   Q.   Where did you go?  You said you were going to meet up with

12   somebody.  Where did you end up going?

13   A.   We wound up in Lynn near a port, by the water there in

14   Lynn.  There we met again with Brujo, Vampiro, and Vago.

15   Q.   And what did you do with the knife?

16   A.   We threw it in the ocean.

17          MR. POHL:  I think this would be a good time to stop.

18          THE COURT:  Okay.  We'll take a break now.

19          THE CLERK:  All rise for the jury.

10:49AM 20          (JURORS ENTERED THE COURTROOM.)

21          THE COURT:  Can I see counsel at sidebar?

22          (THE FOLLOWING OCCURRED AT SIDEBAR:)

23          THE COURT:  I received a report which I did not

24   personally see that one of the defendants and, I'm sorry,

25   street name Lobo made a threatening gesture to the witness in

1    the form of putting his hands to the face and making it look

2    like a gun.

3         I didn't personally see it.  I'm going to be looking

4    for it and I'm making no finding now but alerting everyone to

5    it.  Obviously, it's a very serious matter, and if it comes to

6    that and it winds up I need to hold a hearing or whatever,

7    obviously one of the possibilities is not permitting the

8    defendant to attend, to attend remotely, but we'll take it a

9    step at a time, and, again, I didn't personally see anything,

10   and I'm making no findings.

11        MR. LOPEZ:  Was it a juror who raised this issue?

12        THE COURT:  No.  Thank you.

13        (SIDEBAR CONFERENCE WAS CONCLUDED)

14        THE COURT:  All right.  Mr. Pohl.

15        MR. POHL:  Thank you very much, your Honor.

16   Q.   Mr. Hernandez Miguel, after you threw the knife into the

17   ocean, the knife you had used for the stabbing, did you talk

18   about that stabbing after that?

19   A.   Yes.

20        MR. POHL:  Jurors, can I ask you to pull out your

21   transcript binders for Exhibit 73.  73.

22   Q.   All right.  This is a recording from June 4, 2015,

23   correct?

24        THE INTERPRETER:  I'm sorry.

25   Q.   From June 4, 2015.  I'm sorry, 73.  And do you remember

1    where you were when you had this conversation, Mr. Hernandez

2    Miguel?

3    A.    In Pelon's car.

4    Q.    Muerto:  "No, it's awesome, man.  We're going to attack

5    with this son of a bitch, too.  In Chelsea we have fucked up

6    several culeros.  I attacked some with a knife exactly like

7    this one, identical.  I hit the son of a bitch on Highland

8    Street.  There were a whole bunch of culeros."

9          CW-1:  "About 10."

10:58AM 10          Muerto:  "About 10.  There were six of us, four.

11          CW-1:  "Four."

12          Muerto:  "There were another three dudes, and we were

13    three more.  Six of us.  They all took off running.  I went

14    straight after them.  The beast got you, sons of a bitches.

15    This is the one that rules.  They all stopped.  The guys were

16    frozen.  I said to the other dude, "Get me the machete."  As

17    that guy gave it to me, the sons of a bitches ran, man.  No,

18    man, afterwards, (unintelligible) sitting down (unintelligible)

19    we got them, dude."

10:59AM 20          MR. POHL:  Can I have 74 for the witness, 74.1-3,

21    thank you, Madam Clerk.

22    Q.    Do you recognize this, Mr. Hernandez Miguel?

23    A.    Yes.

24    Q.    Okay.  2 and 3.  The transcript we just read talked about

25    you having -- you using a knife just like this one, right?

1    A.    Yes.

2    Q.    And you had a knife on you when you were describing this,

3    right?

4           THE INTERPRETER:  I'm sorry.

5    Q.    And you had a knife on you at the time you were describing

6    this?

7    A.    Yes.

8    Q.    Are these pictures of that knife?

9    A.    Yes.

11:00AM 10           MR. POHL:  Your Honor, I'd offer these.

11           THE COURT:  All right.  They're admitted 74.1 through

12    3.

13           (Exhibit No. 74.1 through 74.3 received into

14    evidence.)

15    Q.    What's this, Mr. Hernandez Miguel?

16    A.    That's the yatagan.

17    Q.    What's a yatagan?

18    A.    It's a knife that soldiers use and it's about this big.

19    (Indicating)

11:00AM 20    Q.    Again, you're holding your hands maybe a little under the

21    length of your shoulders apart; is that correct?

22    A.    Yes, a little bit smaller than a machete.

23    Q.    .2.  Do you see -- does the knife have an edge?

24    A.    Yes.

25    Q.    Can you see that in that photograph?

1    A.    Yes.

2    Q.    .3.  What is that?

3    A.    That's the knife.  It has the handle and it's inside the

4    container.

5    Q.    Okay.  So just so that we're clear, this is not the knife

6    you used for the stabbing, correct?

7    A.    No.

8    Q.    Okay.  You threw that knife in the ocean?

9    A.    Yes.

11:01AM 10    Q.    And I know we talked about the gun and the ammunition that

11    was found at your house.  Did you also have another weapon at

12    your house after you were arrested in this case?

13    A.    Yes.

14          MR. POHL:  Can I approach, your Honor?

15          THE COURT:  Yes.

16    Q.    Okay.  I'm handing you or I'm going to hold up for you

17    Exhibit 50.  Do you recognize that?

18    A.    Yes.

19    Q.    Okay.  What is this?

11:02AM 20    A.    It's a machete.

21    Q.    Okay.  So just so I'm clear, the knife that we're looking

22    at here in this picture, is that knife this knife here that I'm

23    holding, the machete?

24    A.    No.

25    Q.    Different?

1    A.    It's different.

2    Q.    And what is this weapon, Exhibit 50?

3    A.    It's a weapon that most of the dudes in MS use to attack

4    the chavalas.

5         MR. MURPHY:  Objection, your Honor.  May that be

6    stricken?

7         THE COURT:  Yes, I'll strike the answer.

8    Q.    So is this your machete?

9    A.    Yes.

11:03AM 10    Q.    All right.  This was at your house?

11    A.    Yes.

12    Q.    With the guns?

13    A.    The guns were in the basement, the machete was in my room.

14         MR. POHL:  Okay.  I'd offer 50, your Honor.

15         THE COURT:  All right.  It's admitted, Exhibit 50.

16         (Exhibit No. 50 received into evidence.)

17    Q.    Mr. Hernandez Miguel, have you ever heard of the term, "a

18    program"?

19    A.    Yes.

11:04AM 20    Q.    And you've used, on a number of occasions, the word

21    "clique"?

22    A.    Yes.

23    Q.    Does the word "program" mean anything to you as a member

24    of MS-13?

25    A.    Yes.

1    Q.    Okay.  So what is a program?

2    A.    Every clique has to be in a program.  Only runners who are

3    the leaders of MS can be in the program.  Those runners are

4    even higher up than the clique runners, and every clique has to

5    attach itself to a program.

6    Q.    Have you ever heard of a program called the East Coast

7    Program?

8    A.    Yes.

9    Q.    Okay.  And how did you hear about the East Coast Program?

11:06AM 10    A.    The East Coast Program is with the Eastside clique.

11    That's where I heard about the program.  Let's say you have a

12    bowl --

13            MR. MURPHY:  Objection, your Honor.

14            THE COURT:  All right.  Why don't you put another

15    question to the witness.

16    Q.    Okay.  I think you were just trying to -- let me ask you

17    this question.  You were trying to explain -- I think you were

18    trying to explain the relationship between a clique and a

19    program?

11:07AM 20    A.    Yes.

21    Q.    So let me just ask you that question straight out.  What

22    is the connection between a clique and the program for MS-13?

23    A.    The program sets the rules and decides, and the program

24    might put a green light on members of cliques if they refuse to

25    enter the program because every clique has to be in a program,

1    and there are several programs.  And the program states that

2    any clique that does not want to be in a program is rebelling

3    against MS-13.

4    Q.   So, let me ask you this.  Were members of the Eastside

5    clique -- well, so I understand what you're saying about

6    programs wanting to control things, okay?

7    A.   Yes.

8    Q.   What benefits do clique members get for being in a

9    program?

11:08AM 10   A.   The obvious is that every member of a clique, let's say

11   the Eastside clique, if a homie is deported to El Salvador, the

12   program is supposed to receive that homie in El Salvador.

13   Q.   What if someone is killed?

14        MR. MURPHY:  Objection, your Honor.

15        THE COURT:  Why don't you rephrase.  I'm not sure what

16   you mean.

17        MR. POHL:  Sure.

18   Q.   Are there any other benefits that the programs provide to

19   members of MS-13?

11:09AM 20   A.   Yes, if the clique is in the program and a dude -- a homie

21   from the clique is killed, the program covers all the funeral

22   costs.

23   Q.   When you were a member of the Eastside clique, did you

24   know whether Eastside joined the East Coast Program?

25   A.   Yes.

1   Q.   Okay.  And did you?

2   A.   Yes.

3   Q.   Okay.  And what was the requirement for Eastside in

4   joining the East Coast Program?  What kinds of things did the

5   clique have to do to be in the program?

6        MR. MURPHY:  Objection, your Honor.

7        THE COURT:  I'll let him testify as to his

8   understanding.

9        MR. MURPHY:  Could that instruction be interpreted?

11:11AM 10   Q.   Well, let me ask you this.  When you joined the program,

11   did the clique have to send money to El Salvador?

12   A.   Yes.

13   Q.   Okay.  How much?

14   A.   The program requests $50 a month for each clique.

15   Q.   Okay.  And you and the members of Eastside joined the East

16   Coast Program?

17        MR. MURPHY:  Objection, your Honor.

18        THE COURT:  The clique joined the program.  Why don't

19   you rephrase.

11:12AM 20   Q.   So, you -- were you present at meetings -- strike that.

21   Did the Eastside Locos Salvatrucha clique join the East Coast

22   Program?

23   A.   Yes.

24   Q.   Okay.  And did you discuss joining that program at clique

25   meetings?

1   A.   Yes.

2   Q.   Around when was this?

3   A.   Around 2013 or 14.

4   Q.   Okay.  And how do you know from attending those meetings

5   that Eastside was a part of the East Coast Program?

6   A.   Because every clique that's in the program has to send $50

7   every month.

8   Q.   Okay.  And was the Eastside clique doing that?

9   A.   Yes.

11:13AM 10   Q.   Okay.  While you were in the Eastside clique, did you and

11   the other clique members talk about whether to stay in the East

12   Coast Program?

13   A.   Yes.

14   Q.   Okay.  Why --

15        MR. POHL:  And, jurors, can I ask you to turn to tab

16   27.

17   Q.   So, before we read this transcript, Mr. Hernandez Miguel,

18   when you talked at clique meetings about the East Coast

19   Program, were there members of your clique that did not want to

11:14AM 20   be in that program?

21   A.   Yes.

22   Q.   And there were members who were -- who did want to be in

23   the program?

24   A.   Yes.

25   Q.   Okay.  And when you would -- did you ever -- well, where

1    are the leaders of the East Coast Program based?

2    A.   Most of them are in jail in El Salvador.  Some are out in

3    the street.

4    Q.   Okay.  And why did you -- why were there members of the

5    clique that did not want to be in the program?

6              MR. LOPEZ:  Objection.

7              THE COURT:  He can testify -- please translate this --

8    he can testify as to what people said, but, of course, he

9    doesn't know what they were thinking and can't testify about

11:15AM 10    that.

11              (Interpreter interpreting)

12              THE INTERPRETER:  Could you repeat the question?  I

13    didn't get to ask it.

14              MR. POHL:  Sure.

15    Q.   Well, let me ask it this way.  When you were in the

16    program, what is your understanding of who -- let me give you

17    an example.  If someone -- if one of the members of the clique

18    had wanted to ask for a green light, okay, and you were in a

19    program, do you know how -- what you would have to do in order

11:16AM 20    to get permission to do a green light?

21              MR. LOPEZ:  Objection, your Honor.

22              THE COURT:  Overruled.

23    A.   I don't understand the question.

24    Q.   Okay.  Well, when you were -- that's right.  While you

25    were in the Eastside clique, did you ever participate in calls

1    with El Salvador?

2    A.    Yes.

3    Q.    Okay.  And do you remember what kinds of -- why you called

4    El Salvador?

5    A.    Yes.

6    Q.    Why was that?

7              MR. MURPHY:  Objection, your Honor.

8              THE COURT:  Well, again, you ask him why, and it

9    suggests -- you're asking for people's thought process as

11:17AM 10    opposed to asking what was discussed, which I'll allow.

11             MR. POHL:  That's fine.  Thank you, your Honor.

12    Q.    So, when you called El Salvador -- when you called

13    El Salvador, do you know a -- do you know a member of MS-13

14    known as Scrappy?

15    A.    I don't know him, but I have spoken to him.

16    Q.    Okay.  And what about an MS-13 named Suga or Sugar?

17    A.    I also don't know him, but I have spoken with him.

18    Q.    Okay.  And do you remember a time where you were on a call

19    with Scrappy and Sugar?

11:18AM 20    A.    Yes.

21    Q.    Okay.  And do you remember what was discussed during that

22    call?

23    A.    Yes.

24    Q.    What was discussed?

25    A.    About the program.

1  Q.   Okay.  What kinds of things were discussed about the

2  program?

3  A.   Sugar said that he wanted to talk with the runners and the

4  entire Eastside clique.

5  Q.   Okay.  And was there a call that at least in part captured

6  that conversation?

7  A.   Yes.

8         MR. POHL:  Jurors, 27.  Thank you.

9  Q.   All right.  So I'm not going to read the first couple

11:19AM 10  pages.  Fair to say that you -- there was a conversation about

11  how you were going to make the call?

12  A.   Yes.

13  Q.   Whether you were going to use a phone, or use a WhatsApp

14  or something like that?

15  A.   Yes.

16  Q.   Okay.  And why do you call Scrappy?

17  A.   Because Scrappy would speak more with them and also with

18  Casper.  He was more connected to Casper.

19  Q.   Okay.  When you say "them," who are you talking about?

11:20AM 20  A.   With the dudes from the program.

21  Q.   Okay.  So, is Scrappy -- I understand you said a moment

22  ago that you've never met him, but you've talked to Scrappy?

23  A.   Yes.

24  Q.   Okay.  And based on the conversations that you've had with

25  Scrappy, did Scrappy tell you where he lived?

1    A.    He never told me where he lived, but supposedly he lived

2    around Texas.

3    Q.    All right.  And so after you called Scrappy, did you have

4    a call with Sugar?

5    A.    Yes.

6          MR. POHL:  Okay.  All right.  So can we turn to page

7    6.  Thank you.

8    Q.    Okay.

9          CW-1:  "Yes.  Call all of them."

11:22AM 10    Flaco:  "Yo."

11          Casper:  "Call them."

12          Unidentified male:  "What's up?"

13          Casper:  "What's up?"

14          Sugar:  "Who is speaking?"

15          Casper:  "Uh-huh."

16          Sugar:  "Present are the dudes down here

17    (unintelligible) and another one, but I don't know if you guys

18    can talk there."

19          Casper:  "Don't worry, it's fine.  No, no, that's

11:22AM 20    fine."

21          CW-1:  "Call those dudes.  Close the door over there."

22          Casper:  "Go ahead."

23          Unidentified male:  "I'll put him on right now.

24    Wait."

25          Casper:  "Hello."

1                Unidentified male 1:  "We're here, right?"

2                Casper:  "Hey, what's up, dog?  It's Casper, homeboy.

3      Hello.

4                Unidentified male 1:  "Well, dog, how are you?"

5                Casper:  "Fine.  You know, Sugar called me the other

6      day.  He wanted to (unintelligible) with me, dog."

7                Sugar:  "What's up?  I'm here, brother."

8                Casper:  "What's up, Sugar?"

9                Sugar:  "How are we doing?"

11:23AM 10       Casper:  "I'm here at the suite, what's up?"

11               Sugar:  "Very well, we are only runners here and we

12     are the runners on the streets for the East Coast Program?"

13               Casper:  "Yes."

14               Sugar: "(Unintelligible.)"

15               Casper:  "Yes."

16               Sugar:  "What we're going to do is I'm going to talk

17     with people here, 20 people here.  Do you think that you can

18     get us together with your clique?  We are going to talk with

19     them at your shop."

11:23AM 20       Casper:  "Dog.  You're calling the perfect place.

21     Everybody is listening to you right here.  We're all gathered

22     here, dog."

23               Sugar:  "All the homies from your clique are here?"

24               Casper:  "All of us here listening to you, homeboy."

25               Sugar:  "This is how things are.  Listen up here, I'm

1    the program spokesman, all right.  Right.  And so we are here

2    going to do this thing.  We have been planning for some time

3    already."

4            Casper:  "Uh-huh.  So what's up?  What happened?  Once

5    we are up, we'll continue with discussing how the things are."

6            And then the recording ends.

7            Okay.  Where -- do you remember where that

8    conversation took place?

9    A.   Yes.

11:24AM 10   Q.   Where?

11   A.   At the garage in Everett.

12   Q.   Okay.  And were you able to hear on the call -- well, how

13   many people were present from the Eastside clique when that

14   call was made?

15   A.   The entire clique.

16   Q.   Okay.  And how were you able to hear the conversation?

17   A.   You put the speaker phone on.

18   Q.   And who actually -- whose phone was used to make the call?

19   A.   I don't remember.

11:25AM 20   Q.   Okay.  Mr. Hernandez Miguel, do you remember a meeting of

21   the clique where Master and Tigre were beaten?

22   A.   Yes.

23           MR. POHL:  Can you pull out 28, jurors.  Your Honor,

24   this is -- just to be clear, this was -- this transcript goes

25   with Exhibit Number 206, which I think was admitted in full

1    yesterday.

2                THE COURT:  Yes.

3                THE INTERPRETER:  Did you say 28?

4                MR. POHL:  The transcript was 28, yes.

5    Q.    And just to be clear, Mr. Hernandez Miguel, prior to your

6    testimony here today, have you reviewed this recording?

7    A.    Yes.

8    Q.    And did you use the same process that we discussed

9    yesterday in reviewing it with the agents and the interpreter?

11:27AM 10  A.    Yes.

11   Q.    Okay.  Did you identify the speakers on the recording as

12   best you could?

13   A.    Yes.

14                MR. POHL:  Your Honor, I'd admit 28, which is the

15   transcript.

16                THE COURT:  All right.  It's admitted.  I think a

17   portion of it had been previously admitted.

18                MR. POHL:  Had been admitted yesterday.  I now want to

19   move it in full.  Thank you.

11:27AM 20                (Exhibit No. 28 received into evidence.)

21   Q.    All right.

22                Casper:  "Hey, dude, turn off the cell phones, Homies.

23   Okay, so let's begin.  Pay attention, dudes.  We're going to

24   discuss the problems, homeboys.  To begin with, if someone

25   calls, it's not necessary to keep talking on the phone.  The

1    less we talk about the same subject, the better.  So we will

2    make one single call.  The person calls you and tells you at

3    what time to come and go and that's all.

4          We already know at what time it is.  Then we have a

5    problem with this.  You know what you're getting."

6          Master:  "Yes."

7          Casper:  ""This dude is getting the beating, dudes.

8    We had ordered him to be on the wagon and he failed, and as you

9    know, dudes, so I don't know what decisions you will make after

11:28AM 10    you give this dude the beating.  If he will continue the same

11    or what, but we will decide after the beating, we will talk

12    about that subject because I will go over point by point, you

13    know.

14          Master, you also have a beating, dude.  The dude

15    sentenced you with that for disappearing.  A fucking lot of

16    time that we hadn't heard from you, doggie.  Whenever one is

17    out of a touch, doggie, for more than a month, two months,

18    dude, then you fucked up.

19          Master:  "Yeah, but if the work doesn't allow me, and

11:29AM 20    I spend my time in the streets of Somerville."

21          Casper:  "Look, Master, the thing is this.

22    Communication with the clique, that's what we're interested in,

23    that we decided."

24          Master:  "Well, don't have everyone's telephone number

25    and they have my number, too."

        1              Casper:  "That is your mistake.  You're supposed to

        2       have it.  You're the one getting the beatings, and you are the

        3       one that is supposed to keep calling, dog.  You were told about

        4       that beating two meetings ago.  We were still trying to contact

        5       you.  You know how I contacted you?  Through Pantera.  We

        6       hadn't heard from you at all, and your old number was

        7       disconnected.  You hadn't given us your new number."

        8              Before I go on, who's Pantera?

        9       A.    He's the dude from the Everetts.

11:29AM 10       Q.    He's in MS-13?

       11       A.    Yes, he was a leader.

       12       Q.    In the Everett clique?

       13       A.    Yes.

       14       Q.    Not yours?

       15       A.    No, in the Everetts.

       16       Q.    Okay.  Master continues on, and if we could turn to page

       17       3.

       18              "So there it is.  This is the issue.  So, let's carry

       19       out the beating and then continue discussing other subjects

11:30AM 20       that we have to take care of now.  You go first Tigre into the

       21       center, Negro, Beto.  Do it, Playa."

       22              All right.  So do you remember, you were present at

       23       this meeting, correct?

       24       A.    Yes.

       25       Q.    And do you remember -- so we've heard talk about two

1    different people getting beaten, right?

2    A.    Yes.

3    Q.    And who were the two people getting beaten?

4    A.    Tigre and Master.

5    Q.    Okay.  Why is Tigre being beaten?

6    A.    Because he had been put on the wagon, so he wasn't allowed

7    to drink alcohol and he started drinking, and that's why we

8    were going to correct him for disrespecting the clique.

9    Q.    Why was Master being beaten?

11:31AM 10    A.    Because it had been a while that Master had disappeared

11    and we hadn't heard from him and he wasn't checking in with the

12    clique.

13    Q.    All right.  What happens after this introduction?  Where

14    do you and the other members of the clique go?

15    A.    I don't understand.

16    Q.    Does the beating happen?

17    A.    Yes.

18    Q.    Where do you do the beating?

19    A.    We were outside of the garage, and all the dudes make a

11:32AM 20    circle when we were at the meeting, and so then the runner says

21    who goes first, who they're going to correct, and the runner

22    says who is going to do the beating of the person that's going

23    to be beaten and tells the person that's going to be beaten to

24    step into the center of the circle.  And then he gets beaten

25    for 13 seconds.

1          MR. POHL:  Jurors on page 3.

2          Casper:  "Ready?  1."

3          CW-1:  "Wait, wait, Bro."

4          Casper:  "1."

5          CW-1:  "Wait, man.  Oh, man, exactly, man."

6          Casper:  "1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13."

7          CW-1:  "That's it, man, stand up, stand up man, with

8     the boots the two guys.  I'll break them in."

9          Casper:  "Every mistake one makes, he will get a

11:34AM 10   beating."

11         Tigre:  "No problem.  Yes, homie, but be careful where

12    you hit."

13         CW-1:  "Just cover your face, homie."

14         Casper:  "Lobo, Checha, (unintelligible)."

15         Can you tell the jury -- were you present for this?

16    A.   Yes.

17    Q.   Can you tell the jury what happened when that beating

18    occurred?

19    A.   First Tigre got the beating, first he was corrected and

11:34AM 20   then Master stepped into the same place where Tigre had been

21    and also to be corrected.

22    Q.   So on the transcript, it goes on.

23         Casper:  "Ready, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,

24    12, 13, stop.  Stop now.  Hey pick him up, dude.  He has no

25    air.  Pick him up.  Come up here."

1              Muerto:  "Jump.  Jump."

2              That's the second beating?

3    A.   Yes.

4    Q.   And have you listened to a recording of that beating

5    before your testimony here today?

6    A.   Yes.

7              MR. POHL:  Can I have 29, please.

8    Q.   I'm going to play just a portion of this and see if you

9    remember it.

11:35AM 10          MR. POHL:  Just for the witness.

11              (Video played.)

12   Q.   Do you recognize this, Mr. Hernandez Miguel?

13   A.   Yes, since it was dark there, you can't see anything where

14   we were.

15   Q.   Okay.  Was this when the beatings happened?

16              MR. MURPHY:  Objection, your Honor.

17              THE COURT:  Overruled.

18   A.   Yes.

19              MR. POHL:  Your Honor, I would offer 28 -- excuse me,

11:36AM 20   29 and I'd ask for permission to publish it.

21              THE COURT:  All right.  29, admitted.

22              (Exhibit No. 29 received into evidence.)

23   Q.   I'm going to pause there for a second.  You can't see it,

24   it's dark.  Who was that that got beaten, Mr. Hernandez Miguel?

25   A.   Tigre.

```
         1              (Video played.)
         2    Q.    Did you just hear the names Lobo and Checha?
         3    A.    Yes.
         4    Q.    What were Lobo and Checha doing -- did you see -- who
         5    administered the beating of Tigre?
         6    A.    Rebelde, Negro, and I don't remember the other one.
         7    Q.    How does the clique decide who is the person that does the
         8    beatings?
         9    A.    The person that decides that is the runner.
11:39AM 10    Q.    Okay.  So when you heard the names Lobo and Checha, after
        11    that first beating, do you know what was happening there?
        12    A.    Yes.
        13    Q.    What was happening?
        14    A.    The runner is giving the order that Lobo and Checha are
        15    the ones that are going to beat to correct Master.  There has
        16    to be one more, but I don't remember who it was.
        17              (Video played.)
        18              MR. MURPHY:  May we approach, your Honor?
        19              THE COURT:  All right.
11:42AM 20              (THE FOLLOWING OCCURRED AT SIDEBAR:)
        21              THE COURT:  Yes.
        22              MR. MURPHY:  Your Honor, two things.  First I'd ask
        23    the Court to give an instruction that assault and battery
        24    assuming that that is what this is given the possibility of
        25    consent is also not a racketeering act.  That's Number 1.
```

1          Second, we're about to approach the area of the

2     transcript where the interpretation was disputed, and I would

3     ask the Court to give an instruction that the Court has

4     previously instructed the jury that the transcripts are the

5     evidence with respect to that the Court -- when we get to that

6     point instruct the jury that they should consider all of the

7     evidence they've had heard of the meeting in deciding what the

8     transcripts, what weight to give about the government's

9     interpretation of the transcripts, the government's version of

11:43AM 10     the transcript.

11          THE COURT:  All right.  Does the government have a

12     view on either one of those?

13          MS. LAWRENCE:  I don't think it's necessary to

14     instruct them assault is not a racketeering act.  I don't think

15     that's how the evidence is coming in.

16          THE COURT:  My concern is -- the only reason I'm

17     hesitating at all is -- because "assault" is a word with many

18     meanings, including assault with intent to kill, I think which

19     is a racketeering act, so I think I'm going to let it go for

11:43AM 20     now.  I take the point but -- and I will give the -- so I won't

21     do that now.

22          I'll be prepared to talk about it in the final

23     instructions to make clear, you know, a more simple assault or

24     simple assault and battery is not a racketeering act, and

25     they're not charged with that, and I will give a reminder at

1    the -- when we get to that part of the transcript.

2         MR. MURPHY:  Thank you, your Honor.

3         (SIDEBAR CONFERENCE WAS CONCLUDED)

4         THE COURT:  All right.  Go ahead, Mr. Pohl.

5         MR. POHL:  Can I have 31 for the witness, excuse me,

6    31.1 and 31.2.

7    Q.   Do you see that picture, Mr. Hernandez Miguel?

8         THE COURT:  You can move the screen.

9         THE INTERPRETER:  Not really.

11:45AM 10      THE COURT:  Oh, you can't, okay.

11   A.   Oh, yes.  I can see it now.

12   Q.   Do you recognize that person?

13   A.   That's Lobo.

14   Q.   And .2.  Do you recognize that person?

15   A.   Playa.

16   Q.   Were Lobo and Playa present when Master and Tigre were

17   beaten?

18   A.   Yes.

19        MR. POHL:  I'd offer those, your Honor, and ask for

11:45AM 20   permission to approach.

21        THE COURT:  All right.  They're admitted, 30.1 and

22   30.2.

23        MR. POHL:  Thank you.

24        (Exhibit No. 30.1 and 30.2 received into evidence.)

25   Q.   Who's that?

1    A.   Lobo.

2    Q.   .2?

3    A.   Playa.

4    Q.   All right.

5         MR. POHL:  I'm going to turn back to the transcript,

6    ladies and gentlemen, on tab 28.  If you could go to the middle

7    of page 4.

8         THE COURT:  Before we do another reading, let me

9    remind you, ladies and gentlemen, that this is the evidence put

11:46AM 10  on by the government as to what these transcripts -- or what

11   the conversations were translated into English, and there may

12   be disputes about either who was speaking or whether the

13   translation is accurate, and you're to consider all of the

14   evidence, whatever that evidence is, and you are the ones who

15   make the determination if there's a dispute as to who the

16   speaker is or what the word means or how to resolve that.

17        Go ahead, Mr. Pohl.

18        MR. POHL:  Thank you very much, your Honor.

19   Q.   The middle of page 4, there's a quote from Casper:

11:47AM 20       The problem is that we didn't reach an agreement with

21   them, dude."

22        Actually, I should begin with the sentence above.

23        Checha:  "What about the issue from the thing down

24   below?"

25        Then Casper:  "The problem is that we didn't reach an

1    agreement with them, dude.  They kept wanting to make decisions

2    for up here and they can't be because nobody is going to pilot

3    us here without knowing what type of car they are driving, you

4    know.  I explained that we are fine, homeboy.  There are many,

5    there are many of us who have killed, homie and we deserve

6    their respect and not to have them trying to pilot us.  We are

7    established here, and we are the ones who have to make our own

8    decisions, not them down below, so we are out of the program

9    right now."

11:48AM 10           "So what are we going to do now," says Master.

11           Excuse me, Master.

12           Master:  "Another thing is that talking here with all

13    the cliques about how many cliques are there, about six cliques

14    here in Boston.  So if we all agreed, we could set up a

15    program."

16           Casper:  "We already did that, dude.  We tried to

17    reach an agreement with the cliques there.  There's that

18    homeboy Playa who is a witness to that.  They said that yes,

19    that we will establish our own rules up here.  The thing is

11:48AM 20    that when they are start getting pissed off down there, those

21    rages down there make the dudes up here change their minds, and

22    there are a lot of cliques, dude, with guys that are here of

23    Enfermos that start here with the therapy from down there and

24    change their minds.  We had an argument with Crazy about that.

25    I argued with him, homeboy.  So the other day I met with the

1    TLS homeboys, I met with the Psychos, dude, I met with the

2    dudes from here.  What's their name, TLS, psychos."

3              Playa:  "Everetts."

4              Casper:  "Yes, Everetts.  We didn't reach an

5    agreement.  So yeah the dudes -- I don't know how their mind

6    works, dude, because here in this circle they say, yes, that's

7    good.  We'll do it like that.  In the end from down below, they

8    change how they think.  You must know how the therapy down

9    below is, so that's why we haven't come to an exact firm point

11:49AM 10   that we are going to be with them that way."

11             All right.  Mr. Hernandez Miguel, you were present for

12   this conversation, correct?

13   A.    Yes.

14   Q.    All right.  So, what was the Eastside clique talking about

15   here concerning the East Coast Program?

16   A.    It's saying that the clique isn't going to remain in the

17   program any longer.

18   Q.    And I think you testified earlier that MS-13 has many

19   programs?

11:50AM 20   A.    Yes.

21   Q.    And have you ever heard of their word "Hollywood"?

22   A.    Yes.

23   Q.    Okay.  And specifically in connection with MS-13, does

24   that word mean anything to you?

25   A.    Yes.

1    Q.    What does it mean to you in connection with MS-13?

2    A.    The Hollywood clique has its own program.

3    Q.    Are there other programs that you know as a member of

4    MS-13?

5    A.    I've also heard of the L.A. program.

6            MR. POHL:  All right.  Jurors, can I ask you to turn

7    to page 6.  Thank you.

8    Q.    At the bottom of page 6 begins:

9            Casper:  "Hey, Lobo."

11:51AM 10    Lobo:  "Yes."

11            Casper:  "The thing about the gun, homie, the dudes

12    told me that you're giving it back and that the homies want it

13    with the clip just as it was when you lost it."

14            Muerto:  "In my opinion, it would be better if he

15    keeps that gun and get a good gun instead for clique because

16    that gun you knew that it didn't work and you brought it like

17    that just to say you brought something."

18            Lobo:  "No, because I might get a clip."

19            Muerto:  "But how much does the clip cost?  We were

11:52AM 20    researching that the other day.  It costs about $300 just for

21    the clip."

22            Tigre:  "It would be better to get a different gun."

23            Muerto:  "And you don't know if that thing works.

24    What if you buy a chifle and the thing doesn't work?"

25            Lobo:  "Will you give me time to look for it?"

1          Muerto:  "Yes, but pay attention.  How can you bring a
2     gun with a thing like that?"
3          Casper:  "Try to get it as quickly as possible because
4     the dudes need it, homebody."
5          Lobo:  "I'll try to find one as quickly as possible."
6          Can you explain that -- what did they mean that Lobo
7     had to bring another gun, what did they mean by that?
8          MR. IOVIENO:  Objection, your Honor.
9          THE COURT:  Sustained.  Again, he can talk about his
11:53AM 10     understanding, he can say what was said, and he can talk about
11     his understanding of what was said, but he can't say what
12     somebody meant when they said something.
13     Q.   So Mr. Hernandez Miguel, did -- after Lobo was arrested
14     with the gun, did he replace it?
15     A.   Yes.
16     Q.   Okay.  What did he replace it with?
17     A.   With another 9 millimeter, but the problem was it had no
18     clip.  So why I said there why -- how could you bring a gun
19     without a clip for the gun --
11:53AM 20          THE INTERPRETER:  For the clique, I'm sorry.
21     A.   To bring a gun like that to the clique was a disrespecting
22     of the clique, and that he had to also get the clip.
23     Q.   I think you talked about Hollywood and the Hollywood
24     Program.  Did you and the members of the Eastside clique talk
25     about joining the Hollywood program?

1        MR. MURPHY:  Objection, your Honor, time frame.

2        THE COURT:  Why don't you put a time frame on it.

3   Q.   Mr. Hernandez Miguel, this transcript, this conversation,

4   was from October 24, 2015.  Was there a time after that

5   conversation but before you were arrested that you talked about

6   joining another MS-13 program?

7   A.   Yes.

8   Q.   Okay.  What MS-13 program did you talk about joining?

9   A.   To the Hollywoods.

11:55AM 10   Q.   And when did you talk about that?  Excuse me, where did

11   you talk about that?

12   A.   At the meeting we talked about that.

13   Q.   Okay.  At the garage?

14   A.   Yes.

15   Q.   Who was present for that meeting?

16   A.   Casper, Playa, Lobo, Checha, myself, Pelon, Brujo, Duke,

17   and others I don't recall.

18   Q.   I think you identified -- can we have

19   Exhibit Number -- this is Exhibit 9 that's in evidence.  Who is

11:56AM 20   that?

21   A.   Animal.

22   Q.   Do you remember when you met Animal?

23   A.   Yes.

24   Q.   When was that?

25   A.   One day I spoke to Animal because he had gone to

1      New Jersey.

2      Q.   Okay.  How did you speak to him?

3      A.   Over the phone.

4      Q.   Okay.  And do you remember when the first time you met him

5      was?  I don't mean the exact day, but how you met him, where

6      that was?

7      A.   I don't remember.

8      Q.   Okay.  Can we -- I'm going to play you what's been

9      previously admitted into evidence as 104.

11:57AM 10          (Video played.)

11     Q.   I'll just pause it there.  Do you know who that person is

12     in the front, in the passenger seat?

13     A.   Yes.

14     Q.   Who is that?

15     A.   Animal.

16     Q.   Okay.  And did you review this recording prior to your

17     testimony?

18     A.   Yes.

19     Q.   And did you go through the same process of describing the

11:58AM 20     speakers that you've testified to previously?

21     A.   Yes.

22     Q.   And besides Animal, do you remember whether there was

23     somebody else in the car that spoke?

24     A.   Yes.

25     Q.   Do you remember who that was?

 1    A.    It was -- Pelon was there and David.

 2    Q.    Okay.  Who's David?

 3    A.    He was one that was with Animal.

 4    Q.    What do you mean with Animal?

 5    A.    Animal went around with about three kids.  They were

 6    always with David.

 7          THE INTERPRETER:  Excuse me, they were always with

 8    Animal.

 9    A.    And they were always out looking for chavalas.

11:59AM 10        MR. MURPHY:  Objection, your Honor, may that be

11    stricken?

12          THE COURT:  All right.  The last phrase "they were

13    always out looking" will be struck.

14          MR. POHL:  Your Honor, I believe that transcript 103

15    had already been admitted de bene.  I'd move it now formally

16    for all purposes.

17          THE COURT:  All right.  It's admitted, 103.

18          (Exhibit No. 103 received into evidence.)

19          THE COURT:  Does it make sense to take our break now?

12:00PM 20        THE CLERK:  All rise.

21          (A recess was taken.)

22          THE CLERK:  All rise for the jury.

23          (JURORS ENTERED THE COURTROOM.)

24          THE CLERK:  Thank you.  You may be seated.  Court is

25    now back in session.

1           THE COURT:  Mr. Pohl.

2           MR. POHL:  Thank you, your Honor.

3           This is for the witness only at this time.  Thank you.

4    I'm sorry, I take it back.  107 is in evidence.  Can we play

5    107.

6           (Video played.)

7           MR. LOPEZ:  I don't know that that was admitted

8    yesterday.

9           THE CLERK:  I have 107 admitted actually on

12:16PM 10   February 2nd.

11          MR. LOPEZ:  Okay, my mistake.

12   Q.   All right.  Mr. Hernandez Miguel, did you listen to that

13   recording before your testimony here today?

14   A.   Yes.

15   Q.   And had you gone through the process of reviewing that

16   recording with the interpreter and the agents in the way you

17   previously testified?

18   A.   Yes.

19   Q.   Do you recognize the voices on that recording?

12:17PM 20   A.   Yes.

21   Q.   Who was speaking on that recording?

22   A.   Pelon, Casper, and Animal.

23          MR. POHL:  Your Honor, as before I think 107 had

24   previously been admitted de bene, I'd move it now.  Excuse me,

25   106.

1          THE COURT:  Wait, I'm sorry.

2          MR. POHL:  106 is the transcript, 107 is the

3    recording.  I'd move 106 into evidence.  I'm sorry, Lisa.

4          THE COURT:  Okay.  All right.  106 is admitted.

5          (Exhibit No. 106 received into evidence.)

6          THE COURT:  Go ahead.

7    Q.    Putting up what's been marked as 108, do you recognize

8    that photograph?

9    A.    Yes.

12:18PM 10    Q.    Who is that?

11    A.    Casper.

12    Q.    You said before the break that Animal was in New Jersey?

13    A.    Yes.

14    Q.    How do you know Animal was in New Jersey?

15    A.    I spoke to him.

16    Q.    Okay.  Did you ever -- do you know why he was in

17    New Jersey, from your conversations with Animal, why he was in

18    New Jersey?

19    A.    Yes.

12:19PM 20    Q.    Why was he in New Jersey?

21    A.    Because he had committed a murder in East Boston.

22    Q.    When you spoke to Animal, did you know what clique he was

23    with at the time he committed the murder?

24    A.    Yes.

25    Q.    What clique was that?

1    A.    With the Everett locos.

2    Q.    Okay.  And do you know from your conversations with Animal

3    why he went to New Jersey after the murder?

4    A.    Yes.

5    Q.    Why was that?

6    A.    Because since he had committed the homicide, Animal said

7    that all chavalas knew him and so the Everetts took him to

8    New Jersey.

9    Q.    Do you know what happened to Animal -- well, did you ever

12:21PM 10    see Animal in New Jersey?

11    A.    Yes.

12    Q.    Okay.  When did you see Animal in New Jersey?

13    A.    Myself and Pelon went to pick Animal up in New Jersey.

14    Q.    Okay.  Why did you and Pelon go to New Jersey to pick up

15    Animal?

16    A.    Because Animal told me that he had spoken with Casper to

17    ask him if he would allow him to run with the Eastside clique.

18    Q.    And did Animal tell you what Casper said?

19    A.    That he needed to come back to Boston to get to know the

12:22PM 20    dudes in the clique and then if he liked how the vibe was in

21    the clique, then he could say yes.

22    Q.    So is that why you went to New Jersey?

23    A.    Yes.

24    Q.    Okay.  Do you remember where you went in New Jersey?

25    A.    I don't remember.

1    Q.    Okay.  What happened when you got to New Jersey?

2    A.    We went, we got to New Jersey to Animal's house and came

3    back to Boston.

4    Q.    Okay.  Did Animal talk about the murder on the way -- that

5    he had committed on the way back to Boston?

6              THE INTERPRETER:  Can you repeat the last part,

7    please.

8    Q.    I've lost my voice, excuse me.  Did Animal talk about the

9    murder that he committed as you were driving him back from

12:23PM 10    New Jersey to Boston?

11    A.    Yes.

12    Q.    What did Animal tell you about the murder he committed in

13    East Boston?

14    A.    That he had done it.

15    Q.    Okay.  Did he tell you where it had happened?

16    A.    Yes.

17    Q.    Where was that?

18    A.    On Trenton Street.

19    Q.    Okay.  And did he tell you anything about sort of how the

12:23PM 20    murder had been committed?

21    A.    Yes.

22    Q.    What did he tell you?

23    A.    That Animal, David, and others were hanging out at a house

24    where they used to hang out in Everett and then they said that

25    they were going to go out and look for chavalas.

1    Q.   Can I stop you right there?  I think Ms. Huacuja said that

2    it was a house that they used to hang out in an Everett.  Is

3    that right?

4    A.   Sorry, of the Everett clique.

5         THE INTERPRETER:  The interpreter misstated.

6    Q.   It was a house where the Everett clique used to hang out?

7    A.   Yes.

8    Q.   And where was that house that the Everett clique used to

9    hang out in?

12:24PM 10   A.   On White Street near the East Boston.

11   Q.   Okay.  All right.  So they were hanging out at the Everett

12   house on White Street in East Boston, then what happened?

13   A.   They said they were going to walk and look for chavalas.

14   Animal said he had a knife on him, and as they were walking

15   down the street, they decided to divide and part of them go one

16   way and the other part go a different way.

17        Animal was with David, and he said that the part where

18   he went, they saw two chavalas walking, and Animal said that he

19   already knew them and that they were chavalas.  So he said that

12:26PM 20   he crossed the street to the side where the chavalas were

21   walking and that he flashed the MS signs, and that both of them

22   took off running.

23        One went into a laundromat, and the other one he said

24   that he caught him, and when he caught him, the two of them

25   stood to fight, and Animal stabbed him with a knife.  He said

1    he stabbed him about three times, something like that, and that

2    he saw when the chavala starting falling to the ground and he

3    would try to stand up and he kept bending over because he was

4    bleeding a lot, a lot of blood, and the chavala said something

5    to him, he said, something to the effect of you'll be sorry.

6    Q.    After you brought Animal back from New Jersey, did you and

7    the members of the Eastside clique spend time with him?

8    A.    Yes.

9    Q.    About how much time -- well, you remember when you were

12:27PM 10    arrested, right?

11    A.    Yes.

12    Q.    Maybe not the exact date, but how long had you been

13    spending time with Animal up until the point in time in which

14    you were arrested?

15    A.    Approximately one month or a month and a half.

16    Q.    Okay.  And did you spend time with him?

17    A.    Yes.

18    Q.    What about other members of the Eastside clique?

19    A.    Also.

12:28PM 20    Q.    Okay.  Like who?

21    A.    Well, Vincentino since Animal didn't have a house to live

22    in, we spoke to Vincentino to give him a place to stay, and we

23    started bringing him over to where the dudes were hanging out

24    so that he could start getting to know the Eastside members.

25    Q.    I think you testified earlier that Animal had a couple

1    people that hung around with him, correct?

2    A.    Yes.

3    Q.    Do you remember their names?

4    A.    I know there was one that was called Luis, David and about

5    two more that I don't remember.

6    Q.    Okay.  When you hung around with Animal, did you see

7    David, Luis, the other two friends of Animal's that you

8    described?

9    A.    Yes, I did see them but not much.

12:30PM 10    Q.    Did you and the other -- did you discuss with members of

11    the Eastside clique whether to make Animal a homeboy in your

12    clique?

13    A.    I didn't understand the question.

14    Q.    Sure.  Well, let me -- was Animal made a homeboy in your

15    clique?

16    A.    Yes.

17    Q.    Was the decision to make him a homeboy something that you

18    discussed with other members of the Eastside clique?

19    A.    Yes.

12:30PM 20    Q.    Okay.  Who?

21    A.    The runners and the clique.

22    Q.    What about you, did you want Animal to become a member of

23    the Eastside clique?

24    A.    Yes.

25    Q.    Was there anything -- did you have any conversations with

1    Animal after you brought him back from New Jersey concerning

2    any violent crimes that he committed back up here in Boston?

3    A.    Yes.

4    Q.    Did Animal talk to you about that?

5    A.    Yes.

6    Q.    Okay.  What did he tell you?

7    A.    That he had also committed an attempted murder in Chelsea.

8    Q.    Did he tell you who he did that with?

9    A.    Yes.

12:32PM 10    Q.    With who?

11    A.    With Brujo.

12    Q.    Okay.  What did he tell you about it?

13    A.    That one day they were at Dondeney's house in Everett and

14    that they went to Chelsea in a van that belongs to someone

15    named Mercho.  It was Animal and about three others, and there

16    was a girl called Rina and that they had committed an attempted

17    murder near a restaurant called Santa Negro.  He said that they

18    were in the van when they saw the boys walking and they knew

19    them already well.

12:33PM 20          So they told Muerto to stop the van, and they jumped

21    out of the car.  It was Brujo, Animal, and the other two were

22    the ones that would hang out with Animal, and he said that they

23    started following the chavalas and one tried to run towards the

24    park and they grabbed him there and Brujo said that he stabbed

25    him with a knife.

80

1    Q.   Did you talk about the fact that he had done that stabbing

2    with other members of the Eastside clique?

3    A.   Yes.

4    Q.   Did you discuss that stabbing when you were discussing

5    whether to make Animal a member?

6    A.   Brujo spoke about that.

7    Q.   Okay.  And what did Brujo say?

8    A.   That they had grabbed some chavalas in Chelsea, he and

9    Animal, and that Animal had balls.

12:35PM 10          THE COURT:  I'm sorry, he had said that Muerto was

11   driving the van?  Is there a different Muerto?

12          THE WITNESS:  Mercho.

13          THE COURT:  Mercho.

14          THE INTERPRETER:  It's M-e-r-c-h-o.

15          THE COURT:  Thank you.

16   Q.   After those conversations, did Eastside jump Animal into

17   the clique?

18   A.   Yes.

19   Q.   So at the time he committed the murder, Animal was in the

12:35PM 20   Everetts?

21   A.   Yes.

22   Q.   And you spoke with him after he committed the murder?

23   A.   When he was in New Jersey, I spoke with him.

24   Q.   Yes, right.  Did Animal tell you why he was not jumped

25   into the Everett clique?

1    A.    Yes.

2    Q.    Why was that?

3    A.    Because when Animal got to Boston, he said that he didn't

4    know dudes from MS-13, so he started hanging with some 18s, and

5    that one day he was walking with some 18s from Chelsea to East

6    Boston and that the 18s had Animal beat some dudes from the

7    Everetts.  That's why the Everetts didn't want to jump Animal

8    because first they had to resolve that problem.

9    Q.    They weren't sure he was really MS?

12:37PM 10          MR. MURPHY:  Objection, your Honor.

11          THE COURT:  Sustained.

12    Q.    All right.  After the stabbing that you've talked about

13    with Animal and Brujo, was Animal jumped into the Eastside

14    clique?

15    A.    Yes.

16    Q.    Were you present for that jump-in?

17    A.    Yes.

18    Q.    Who else was at the jump-in?

19    A.    Casper, Playa, Brujo, Vago, Negro and others.  I don't

12:38PM 20    remember.

21          MR. POHL:  Can I have 32.3.  For the witness only,

22    Madam Clerk.

23    Q.    This goes on for another minute or two, Mr. Hernandez

24    Miguel, but as I'm playing this, do you remember this?

25    A.    Yes.

1    Q.    Where is this?

2    A.    That's at the garage in Everett.

3    Q.    Okay.  Do you remember what -- is it fair to say these are

4    parts of a longer video?

5    A.    Yes.

6    Q.    Do you remember the day that this meeting happened?

7    A.    Yes.

8    Q.    What happened on that day?

9          THE INTERPRETER:  I'm sorry?

12:39PM 10    Q.    What happened on that day;

11    A.    It was to jump Animal in.

12          MR. POHL:  Your Honor, I would offer 32.3 and ask to

13    publish it to the jury.

14          THE COURT:  All right.  It's admitted, 32.3.

15          (Exhibit No. 32.3 received into evidence.)

16    Q.    Who is that?

17    A.    What's the question?

18    Q.    Were you watching the video just then?

19    A.    Yes.

12:40PM 20    Q.    Who was that?

21    A.    Lobo.

22          (Video played.)

23    Q.    Who was that?

24    A.    Playa and Vincentino was there with a white baseball cap.

25          (Video played.)

```
 1    Q.   Who is that?

 2    A.   Brujo.

 3              (Video played.)

 4    Q.   There were a couple of people in that section of the

 5    video, Mr. Hernandez Miguel.  Did you recognize them?

 6    A.   Yes.

 7    Q.   Who was there?

 8    A.   Casper and Checha.

 9              (Video played.)

12:42PM 10    Q.   Who was that?

11    A.   That was Casper and Caballo.

12              MR. POHL:  Can I have 33.1 through 5 for the witness.

13    Q.   I'm going to show you a series of pictures quickly,

14    Mr. Hernandez Miguel.  Do you recognize these?

15    A.   Yes.

16    Q.   Who is that?

17    A.   Casper.

18    Q.   2, who is that?

19    A.   Playa and Vincentino.

12:43PM 20    Q.   And just to be clear, Playa is where?

21    A.   In the corner with a black baseball cap.  Vincentino is

22    wearing the white baseball cap.

23    Q.   3, who is that?

24    A.   Lobo.

25    Q.   4, who is that in the knit cap?
```

```
 1    A.    That's Brujo.

 2    Q.    5, who is that?

 3    A.    Checha is wearing the yellow sweater.

 4          MR. POHL:  Your Honor, I'd offer these and ask to

 5    quickly punish them.

 6          THE COURT:  33.1 through 33.5 are admitted.

 7          (Exhibit No. 33.1 through 33.5 received into

 8    evidence.)

 9    Q.    33.1, who is that?

10    A.    Casper.

11    Q.    Who is that in the black hat?

12    A.    Playa.

13    Q.    Who is that in the white shirt?

14    A.    Lobo.

15    Q.    Who is that in the knit cap?

16    A.    Brujo.

17    Q.    Who is that in the yellow sweatshirt?

18    A.    Checha.

19    Q.    Were you present for the actual jump-in of Animal in the

20    garage that night?

21    A.    Yes.

22    Q.    Do you remember who was selected to beat Animal in?

23    A.    Yes.

24    Q.    Who was that?

25    A.    Vago and Brujo and I don't remember the other one.
```

```
 1   Q.   And do you remember who selected the people to beat Animal
 2   in?
 3   A.   Yes.
 4   Q.   Who was that?
 5   A.   Casper.
 6   Q.   Why did Casper select him?
 7   A.   Because he's the runner and so he's the one that decides
 8   who is going to jump the person who is coming in, who is going
 9   to jump him in.  Only runners can decide that.
10        MR. POHL:  Can I have 32.2.
11   Q.   Mr. Hernandez Miguel, do you remember that night, the
12   night that Animal got jumped in?
13   A.   Yes.
14   Q.   Do you remember who counted for the beating that night?
15   A.   Yes.
16   Q.   Who was that?
17   A.   Playa.
18        MR. POHL:  I'm going to ask for permission to Play
19   32.2.
20        THE COURT:  Is it in?
21        MR. POHL:  Yes, it's in.
22        THE COURT:  All right.  Go ahead.
23        (Video played.)
24   Q.   All right.  What are we seeing here?
25   A.   Animal is standing in the foreground, and behind him is
```

1    Vago in what appears to be a white sweater.

2            (Video played.)

3    Q.   Okay.  Just so we're clear, we heard counting, "Uno, dos

4    tres," who was that?

5    A.   Playa.

6            (Video played.)

7    Q.   Do you see that?

8    A.   Yes.

9    Q.   What was that?

12:48PM 10    A.   He's flashing MS, Animal is flashing MS because he's happy

11    to have been jumped into MS.

12            MR. POHL:  Can I have 49.2.

13    Q.   We talked about this a little bit at the very beginning of

14    your testimony, Mr. Hernandez Miguel, but do you recognize this

15    document?

16    A.   Yes.

17    Q.   And this is an agreement between the government and you,

18    correct?

19    A.   Yes.

12:49PM 20    Q.   Okay.  And under the terms of the agreement, in your own

21    words, what are you required to do?

22            MR. MURPHY:  Objection, your Honor.

23            THE COURT:  We've been over this, haven't we?

24    Q.   I want to ask you about a particular part of your

25    cooperation agreement.  And do you remember -- Ms. Huacuja is

1    going to read that to you to yourself.

2         Ms. Huacuja just read you that paragraph?

3    A.   Yes.

4    Q.   Part of the agreement that you signed, correct, is that

5    you have to testify, correct?

6    A.   Yes.

7    Q.   And you have to testify truthfully, correct?

8         MR. MURPHY:  Objection, your Honor.

9         THE COURT:  I'll allow that.

12:52PM 10    A.   Yes.

11    Q.   Okay.  And in exchange, the government has made promises

12    to you, correct?

13    A.   Yes.

14    Q.   And one of those promises concerns this paragraph, right?

15    Now Ms. Huacuja read it to you.

16    A.   Yes.

17    Q.   Do you understand what that paragraph means?

18    A.   Yes.

19    Q.   And in your own words, what does that paragraph mean to

12:53PM 20    you?

21    A.   Well, what I understand from that paragraph is that if the

22    information that I'm giving is correct, because what the

23    government has asked of me is that I tell the truth, and that's

24    what I have done.

25    Q.   Okay.  Let me ask you this question.  As a result of your

1    testifying here today, what consequences do you believe you

2    will face from MS-13?

3            MR. IOVIENO:  Objection.

4            THE COURT:  I will allow that.  It's based on his

5    understanding, obviously.

6            THE INTERPRETER:  Can you repeat the question, please?

7            MR. POHL:  Sure.

8    Q.    As a result of your testimony, what do you think MS-13

9    will do to you?

12:54PM 10           MR. LOPEZ:  Objection, your Honor.

11           MR. IOVIENO:  Objection.

12           THE COURT:  Hold on.  I'll allow it again.  I will

13   allow the witness to testify as to his understanding of

14   possible consequences.  Go ahead.

15   A.    The rules of the Mara Salvatrucha is that when a member of

16   the gang testifies against a different member, they will put a

17   green light on him and kill him and also kill his family.

18   That's what MS-13 does when someone testifies, as I have done.

19   All I can say is that if something happens to my family, it

12:55PM 20   will be their fault.

21           MR. IOVIENO:  Objection.

22           MR. LOPEZ:  Objection.

23           THE COURT:  Strike that last sentence.

24           Mr. Pohl.

25           MR. POHL:  Thank you, your Honor.  Can I have one

1    moment, your Honor?

2            THE COURT:  Yes.

3            MR. POHL:  Thank you, Mr. Hernandez Miguel.

4                            -  -  -  -

5

6                  C E R T I F I C A T E

7

8    UNITED STATES DISTRICT COURT )

9    DISTRICT OF MASSACHUSETTS ) ss.

10   CITY OF BOSTON )

11

12          I do hereby certify that the foregoing transcript was

13   recorded by me stenographically at the time and place aforesaid

14   in Criminal Action No. 15-10338-FDS, UNITED STATES vs. HERZZON

15   SANDOVAL, et al., and thereafter by me reduced to typewriting

16   and is a true and accurate record of the proceedings.

17          Dated this 8th day of February, 2018.

18                    s/s Valerie A. O'Hara

19          _____

20              VALERIE A. O'HARA

21              OFFICIAL COURT REPORTER

22

23

24

25