```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
vs.                               )  Criminal Action
                                  )
HERZZON SANDOVAL,                 )  No. 15-10338-FDS
EDWIN GUZMAN,                     )
CESAR MARTINEZ,                   )
ERICK ARGUETA LARIOS,             )
              Defendants          )
```

BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV


<u>JURY TRIAL DAY 16</u>


John Joseph Moakley United States Courthouse
Courtroom No. 2
1 Courthouse Way
Boston, MA 02210

February 21, 2018

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

1  APPEARANCES:

2  For The United States:

3      United States Attorney's Office, by CHRISTOPHER J. POHL,
ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
4  ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
Boston, Massachusetts 02110;
5
For the Defendant Herzzon Sandoval:
6
    Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
7  MADELEINE K. RODRIGUEZ, ATTORNEY,
155 Seaport Boulevard, Boston, Massachusetts 02210;
8
For the Defendant Edwin Guzman:
9
    Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10  88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11  For the Defendant Erick Arueta Larios:

12      THOMAS J. IOVIENO, ESQ., 345 Neponset Street
Canton, MA 02021;
13
For the Defendant Cesar Martinez:
14
    Stanley W. Norkunas, 11 Kearney Square,
15  Howe Building, Suite 202, Lowell, Massachusetts 01852.

16      ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5,
Stoneham, Massachusetts 02180.
17
ALSO PRESENT:  Gabriel Haddad, Spanish Interpreter
18                  Carrie Lilley, Spanish Interpreter

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE CLERK: All rise for the jury. |
| 3 | (JURORS ENTERED THE COURTROOM.) |
| 4 | THE CLERK: Thank you. Good morning, ladies and |
| 5 | gentlemen. It looks like we have all twelve of you and three |
| 6 | alternates, so I will instruct you to resume your |
| 7 | deliberations. If I haven't I heard from you otherwise, I'm |
| 8 | going to check in probably at about ten minutes to four, maybe |
| 9 | like quarter to four, anyway, no later than that. |
| 09:04AM 10 | I also wanted to -- I hope I don't need to clarify |
| 11 | this, but I will anyway. Yesterday when I said that we need to |
| 12 | keep the alternates around because sometimes things happen to |
| 13 | jurors, what I mean is things like they get the flu, not more |
| 14 | serious than that. With that, I instruct you to retire and |
| 15 | resume your deliberations. |
| 16 | THE CLERK: All rise. |
| 17 | (JURORS EXITED THE COURTROOM.) |
| 18 | (Jury deliberating) |
| 19 | THE CLERK: All rise for the jury. |
| 03:54PM 20 | (JURORS ENTERED THE COURTROOM.) |
| 21 | THE COURT: Ladies and gentlemen, it's again time |
| 22 | where I have to leave for the day. It's about a few minutes |
| 23 | before four. I'm inferring you want to come back tomorrow; is |
| 24 | that correct? All right. Nine o'clock. All right, nine |
| 25 | o'clock it is. We will assemble in the courtroom at nine |

1  o'clock, make sure you're all here, and then I'll instruct you
2  to resume your deliberations.  Please take special care not to
3  discuss the case with anyone outside the courtroom and to
4  ignore any media reports of any kind, and I will see you
5  tomorrow morning at 9:00.
6           THE CLERK:  All rise.
7           (JURORS EXITED THE COURTROOM.)
8           (Whereupon, the hearing was adjourned at 12:59 p.m.)

C E R T I F I C A T E

UNITED STATES DISTRICT COURT )
DISTRICT OF MASSACHUSETTS ) ss.
CITY OF BOSTON )

     I do hereby certify that the foregoing transcript was recorded by me stenographically at the time and place aforesaid in Criminal Action No. 15-10338-FDS, UNITED STATES vs. HERZZON SANDOVAL, et al., and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

     Dated this 22nd day of June, 2018.

            s/s Valerie A. O'Hara

            _____

            VALERIE A. O'HARA
            OFFICIAL COURT REPORTER