```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
vs.                             )  Criminal Action
                                )
HERZZON SANDOVAL,               )  No. 15-10338-FDS
EDWIN GUZMAN,                   )
CESAR MARTINEZ,                 )
ERICK ARGUETA LARIOS,           )
            Defendants          )


BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV


                   JURY TRIAL DAY 18


     John Joseph Moakley United States Courthouse
                    Courtroom No. 2
                   1 Courthouse Way
                   Boston, MA 02210

                   February 23, 2018
                       9:03 a.m.
```

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

```
 1   APPEARANCES:

 2   For The United States:

 3       United States Attorney's Office, by CHRISTOPHER J. POHL,
     ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
 4   ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02110;
 5
     For the Defendant Herzzon Sandoval:
 6
         Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
 7   MADELEINE K. RODRIGUEZ, ATTORNEY,
     155 Seaport Boulevard, Boston, Massachusetts 02210;
 8
     For the Defendant Edwin Guzman:
 9
         Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10   88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11   For the Defendant Erick Arueta Larios:

12       THOMAS J. IOVIENO, ESQ., 345 Neponset Street
     Canton, MA 02021;
13
     For the Defendant Cesar Martinez:
14
         STANLEY W. NORKUNAS, ESQ., 11 Kearney Square,
15   Howe Building, Suite 202, Lowell, Massachusetts 01852.

16       ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5,
     Stoneham, Massachusetts 02180.
17
     ALSO PRESENT:  Gabriel Haddad, Spanish Interpreter
18                  Carrie Lilley, Spanish Interpreter

19

20

21

22

23

24

25
```

```
 1                        PROCEEDINGS
 2            THE CLERK:  All rise for the jury.
 3            (JURORS ENTERED THE COURTROOM.)
 4            THE CLERK:  Thank you.  You may be seated.
 5            THE COURT:  Good morning, ladies and gentlemen.  It
 6   looks like the twelve jurors are here and the three alternates
 7   and like yesterday or the plan yesterday, if we haven't heard
 8   from you at a few minutes to five o'clock, I'll check in and
 9   see where we are.  All right.  Thank you.
10            THE CLERK:  All rise.
11            (JURORS EXITED THE COURTROOM.)
12            (Jury deliberating)
13            THE CLERK:  All rise for the jury.
14            (JURORS ENTERED THE COURTROOM.)
15            THE COURT:  All right.  Ladies and gentlemen, it's
16   about seven minutes to five.  What do you want to do?  Do you
17   want to keep going?  Do you want to go home?
18            FOREPERSON OF THE JURY:  Go home and come back Monday.
19            THE COURT:  9 a.m.?
20            FOREPERSON OF THE JURY:  Yes.
21            THE COURT:  We will break for the weekend.  Remember
22   my instructions, you're only to discuss the case with each
23   other in the jury room and ignore any media reports there may
24   be, not discuss with any friends, family or anyone else, and we
25   will see you at 9:00 on Monday morning.
```

09:01AM (line 10)
04:54PM (line 20)

1    THE CLERK: All rise.

2    (Whereupon, the hearing was adjourned at 4:54 p.m.)

3

4    C E R T I F I C A T E

5

6  UNITED STATES DISTRICT COURT )

7  DISTRICT OF MASSACHUSETTS ) ss.

8  CITY OF BOSTON )

9

10    I do hereby certify that the foregoing transcript was

11  recorded by me stenographically at the time and place aforesaid

12  in Criminal Action No. 15-10338-FDS, UNITED STATES vs.

13  HERZZON SANDOVAL, et al., and thereafter by me reduced to

14  typewriting and is a true and accurate record of the

15  proceedings.

16    Dated this 22nd day of June, 2018.

17    s/s Valerie A. O'Hara

18    _____

19    VALERIE A. O'HARA

20    OFFICIAL COURT REPORTER

21

22

23

24

25